# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, Inc.,

        Plaintiff,

vs.

RAZAGHI DEVELOPMENT COMPANY, LLC, *et al.*,

        Defendants.

Case No.: 2:19-cv-00329-GMN-GWF

**ORDER**

    Pending before the Court is Plaintiff Navajo Health Foundation's ("Plaintiff's") Motion for Extension of Time to Respond, (ECF No. 25), concerning the Motion to Dismiss, (ECF Nos. 19, 20), filed by Defendants Tausif Hasan, Ahmad R. Razaghi, Razaghi Development Company, LLC ("Defendants"). Plaintiff requests an extension until July 16, 2019, and consequently must show "good cause" for the extension since the request came before the applicable response deadline. *See* Fed. R. Civ. P. 6(b)(1); (Mot. Extension 3:7–9, ECF No. 19). To satisfy that "good cause" standard, Plaintiff states that an "unexpected case commitment in another case" prevented Plaintiff's timely compliance with the Court's original deadline. (*Id.* 2:23–3:3). The Court finds that Plaintiff's reasoning warrants a brief extension of the response deadline in this limited instance. Accordingly, Plaintiff shall have until July 16, 2019, to file a response to Defendants' Motion to Dismiss the Complaint, (ECF Nos. 19, 20).

    Also pending before the Court is Defendants' Motion to Stay Briefing and Consideration of Plaintiff's Motion for a Preliminary Injunction, (ECF Nos. 22, 23). The Court did not automatically generate a response deadline. However, upon review of Defendants' Motion, the Court finds that Plaintiff should have an opportunity to file a response. Accordingly, Plaintiff shall have until July 26, 2019, to file a response to Defendants' Motion to Stay Briefing, (ECF

Nos. 22, 23). Notably, the parties have the ability to stipulate to an extension of the briefing schedule for Plaintiff's Motion for Preliminary Injunction, (ECF No. 18).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time to Respond, (ECF No. 25), is **GRANTED**. Plaintiff shall have until July 16, 2019, to file a response to Defendants' Motion to Dismiss the Complaint, (ECF Nos. 19, 20).

**IT IS FURTHER ORDERED** that Plaintiff shall have until July 26, 2019, to file a response to Defendants' Motion to Stay Briefing, (ECF Nos. 22, 23).

**DATED** this __12__ day of July, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court