1  KATHLEEN BLISS, ESQ. (NV Bar #7606)
   Email: kb@kathleenblisslaw.com
2  **KATHLEEN BLISS LAW, PLLC**
   1070 West Horizon Ridge Parkway, Suite 202
3  Henderson, Nevada  89012
   Tele: (702) 463-9074
4  **-and-**
5  PAUL S. PADDA, ESQ. (NV Bar #10417)
   Email: psp@paulpaddalaw.com
6  DAVID J. STANDER, ESQ. (*Admitted PHV*)
   Email: dstanderlaw@gmail.com
7  **PAUL PADDA LAW, PLLC**
   4560 South Decatur Blvd., Suite 300
8  Las Vegas, Nevada 89103
   Tele: (702) 366-1888
9  Fax: (702) 366-1940
10

11 Attorneys for Plaintiff

12              **UNITED STATES DISTRICT COURT**

13                **DISTRICT OF NEVADA**

14
15 NAVAJO HEALTH FOUNDATION – SAGE
   MEMORIAL HOSPITAL, INC. (doing
16 business as "Sage Memorial Hospital"); an
   Arizona non-profit corporation,

17              Plaintiff,                    Case No.  2:19-cv-00329-GMN-EJY

18    vs.

19                                           **PLAINTIFF'S MOTION TO**
   RAZAGHI DEVELOPMENT COMPANY,             **WITHDRAW JOSHUA Y. ANG, ESQ.**
20 LLC; a Nevada limited liability company   **AS COUNSEL OF RECORD IN THIS**
   (doing business as "Razaghi Healthcare"), **CASE**
21 AHMAD R. RAZAGHI; individually,
   TAUSIF HASAN; individually, DOES 1-10;
22 ROES A-Z;
23
24              Defendants.
25

26        Plaintiff, pursuant to this Court's Local Rule of Practice LR IA 11-6, respectfully

27 requests that the Court withdraw Joshua Y. Ang, Esq. as counsel in this matter.  Mr. Ang is no

28 longer associated with Paul Padda Law.  Accordingly, he should be removed as attorney of

*(left margin, vertical)* **PAUL PADDA LAW, PLLC** 4560 South Decatur Boulevard, Suite 300 Las Vegas, Nevada 89103 Tele: (702) 366-1888 • Fax (702) 366-1940

record in this matter.

   In support of this motion, Plaintiff relies upon the memorandum of points and authorities set forth below.

### MEMORANDUM OF POINTS AND AUTHORITIES

   An attorney can only withdraw from a case with leave of court. *See* LR IA 11-6.  In this case, the docket continues to reflect that Joshua Ang, Esq. serves as counsel for Plaintiff in this matter.  Mr. Ang ended his association with Paul Padda Law in 2019.  Accordingly, he is no longer associated with this litigation.  Plaintiff has directed undersigned counsel to file this motion withdrawing Mr. Ang as its counsel.

   Should the Court grant this motion, Mr. Ang's withdrawal will not affect or otherwise delay the proceedings.  As indicated above, Mr. Ang has not been affiliated with Paul Padda Law since 2019.

Respectfully submitted,

/s/ *Paul S. Padda*

_____

Paul S. Padda, Esq.

Attorney for Plaintiff

Dated: May 5, 2020

**IT IS SO ORDERED:**

_____

**UNITED STATES MAGISTRATE JUDGE**

**Dated:** May 6, 2020 _____

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

2