Brian L. Bradford, NV Bar No. 9518
FISHER & PHILLIPS LLP
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
Fax: (702) 252-7411
bbradford@fisherphillips.com

Pavneet Singh Uppal, AZ SBN 016805 *(Pro Hac Vice Forthcoming)*
Kris Leonhardt, AZ SBN 026401 *(Pro Hac Vice Forthcoming)*
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
kleonhardt@fisherphillips.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), AHMAD R. RAZAGHI; individually, TAUSIF HASAN; individually, DOES 1-10; ROES A-Z;<br><br>Defendants. | Case No. 2:19-cv-00329-GMN-EJY<br><br>~~STIPULATION AND~~ ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED that Defendants shall have an extension of time up to and including June 5, 2020 to answer or otherwise respond to Plaintiff's Complaint for Money Damages and Emergency Injunctive Relief ("Complaint"). The parties have so stipulated because defense counsel was recently retained and requires additional time to confer

FP 37827554.1

with witnesses and review relevant documents concerning the allegations set forth in the Complaint. This is the first request to extend this deadline and the first request since withdrawal of Defendants' request to compel arbitration.

      RESPECTFULLY SUBMITTED this 8th day of May 2020.

| FISHER & PHILLIPS LLP | PAUL PADDA LAW, PLLC |
|---|---|
| By /s/ *Brian L. Bradford* <br> Brian L. Bradford, Esq. <br> 300 S. Fourth Street #1500 <br> Las Vegas, Nevada 89101 | By /s/ *Paul S. Padda* <br> Paul S. Padda, Esq. <br> 4560 South Decatur Blvd., Suite 300 <br> Las Vegas, Nevada 89103 |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 8, 2020