Brian L. Bradford, NV Bar No. 9518
FISHER & PHILLIPS LLP
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
Fax: (702) 252-7411
bbradford@fisherphillips.com

Pavneet Singh Uppal, AZ SBN 016805 *(Pro Hac Vice Forthcoming)*
Kris Leonhardt, AZ SBN 026401 *(Pro Hac Vice Forthcoming)*
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
kleonhardt@fisherphillips.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), AHMAD R. RAZAGHI; individually, TAUSIF HASAN; individually, DOES 1-10; ROES A-Z;<br><br>Defendants. | Case No. 2:19-cv-00329-GMN-EJY<br><br>**MOTION FOR EXTENSION OF TIME FOR DEFENSE COUNSEL TO SUBMIT THEIR PETITIONS FOR PERMISSION TO PRACTICE IN THIS CASE BY OUT-OF -STATE COUNSEL**<br><br>**First Request** |

Defendants Razaghi Development Company, LLC, Ahmad R. Razaghi, and Tausif Hasan (hereinafter collectively "Defendants"), by and through their undersigned counsel, respectfully request this Court grant them a brief extension, up to and including June 1, 2020, for defense counsel Pavneet Singh Uppal and Kris Leonhardt to submit their verified petitions for permission

FP 37883619.1

to practice in this case by out-of-state counsel in accordance with LR IA 11-2. Defendants make this motion because defense counsel has been unable to yet obtain all relevant certificates of good standing from applicable state bar associations. Counsel has reached out to the remaining state bar association(s) and presumably there is some delay in obtaining these documents based upon the current COVID-19 pandemic. Defense counsel asserts that said certificates were immediately requested, and they will follow-up with each state bar as appropriate. This request is not made for the purpose of delay and shall not cause prejudice to either party. This is the first requested extension of this deadline.

DATED this 18th day of May 2020.

FISHER & PHILLIPS LLP

By /s/ *Brian L. Bradford*
   Brian L. Bradford, Esq.
   300 S. Fourth Street #1500
   Las Vegas, Nevada 89101

## ORDER

**IT IS HEREBY ORDERED** that the above Motion for Extension of Time to Submit Petitions to Practice in this Case by Out-of-State Counsel, (ECF No. 41), is **GRANTED**.

**DATED** this  20  day of May, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

2

FP 37883619.1

## **CERTIFICATE OF SERVICE**

This is to certify that on May 18, 2020, the undersigned, an employee of Fisher & Phillips LLP, electronically filed the foregoing Motion for Extension of Time for Defense Counsel to Submit Their Petitions for Permission to Practice in This Case by Out-of-State Counsel with the U.S. District Court, and a copy was electronically transmitted from the court to the e-mail address on file for:

> Kathleen Bliss, Esq.
> KATHLEEN BLISS LAW, PLLC
> 1070 West Horizon Ridge Parkway, Suite 202
> Henderson, NV 89012
> kb@kathleenblisslaw.com
>
> David Joel Stander
> Law Office of David J. Stander LLC
> 10112 Burton Glen Drive
> Potomac, MD 20850
> dstanderlaw@gmail.com
>
> Paul S. Padda, Esq.
> PAUL PADDA LAW, PLLC
> 4560 South Decatur Blvd., Suite 300
> Las Vegas, NV 89103
> psp@paulpaddalaw.com

By: */s/ Sarah J. Griffin*
An employee of Fisher & Phillips LLP

FP 37883619.1