1   KATHLEEN BLISS, ESQ. (NV Bar #7606)
    Email: kb@kathleenblisslaw.com
2   **KATHLEEN BLISS LAW, PLLC**
    1070 West Horizon Ridge Parkway, Suite 202
3   Henderson, Nevada  89012
    Tele: (702) 463-9074
4   **-and-**
5   PAUL S. PADDA, ESQ. (NV Bar #10417)
    Email: psp@paulpaddalaw.com
6   DAVID J. STANDER, ESQ. (*Admitted PHV*)
    Email: dstanderlaw@gmail.com
7   **PAUL PADDA LAW, PLLC**
8   4560 South Decatur Blvd., Suite 300
    Las Vegas, Nevada 89103
9   Tele: (702) 366-1888
    Fax: (702) 366-1940
10

11  *Attorneys for Plaintiff*

12              **UNITED STATES DISTRICT COURT**

13                   **DISTRICT OF NEVADA**

14  NAVAJO HEALTH FOUNDATION – SAGE
15  MEMORIAL HOSPITAL, INC. (doing
    business as "Sage Memorial Hospital"); an
16  Arizona non-profit corporation,

17                    Plaintiff,                    Case No.  2:19-cv-0329-GMN-EJY

18       vs.

19                                                  **JOINT STIPULATON TO EXTEND
    RAZAGHI DEVELOPMENT COMPANY,                    PLAINTIFF'S TIME TO RESPOND TO
20  LLC; a Nevada limited liability company         DEFENDANTS' MOTIONS TO DISMISS
    (doing business as "Razaghi Healthcare"),       [ECF #46] AND TO STRIKE [ECF #47]
21  AHMAD R. RAZAGHI; individually,                 THE COMPLAINT
    TAUSIF HASAN; individually, DOES 1-10;
22  ROES A-Z;                                       **(FIRST REQUEST)**
23
24                    Defendants.

25

26

27                                    1

28

Pursuant to Federal Rule of Civil Procedure 6 and the Court's Local Rule of Civil Practice 7-1, the parties hereby stipulate to provide Plaintiff to and until July 20, 2020 to respond to Defendants' motion to dismiss[1] and motion to strike,[2] both of which are currently pending before the Court.  The parties respectfully request that the Court approve this stipulation.  This is the parties' first request for an extension of time regarding this matter (i.e. Defendants' motions filed on June 5, 2020).

Following communication between counsel for the respective parties, this stipulation is agreed to based upon undersigned counsel's current workload and the arguments raised in the pending motions.  Undersigned counsel, who is taking the lead on responding to the pending motions for Plaintiff, herein represents that additional time is needed to prepare an appropriate response to the pending motions while balancing his other case commitments.  Specifically, within the past two weeks, undersigned counsel has had to prepare for and attend an "ENE" session in this federal court, respond to discovery in three separate civil matters and assist with matters pertaining to a federal criminal case.  Thus, undersigned counsel will need the additional time to prepare responses, share those with co-counsel and finalize them for filing.

Following communications on this matter, the parties agree to provide Plaintiff to and until July 20, 2020 to respond to Defendants' pending motions which were earlier filed on June 5, 2020.  The parties respectfully request that the Court approve this stipulation.

.   .   .

.   .   .

.   .   .

.   .   .

---

[1] *See* ECF #46.

[2] *See* ECF #47.

1

2                                              Respectfully submitted,

3   /s/ Brian L. Bradford                      /s/ Paul S. Padda

4   _____                _____
    Brian L. Bradford, Esq.                    Paul S. Padda, Esq.
5   FISHER & PHILLIPS, LLP                     PAUL PADDA LAW, PLLC
    300 South Fourth Street, Suite 1500        4560 South Decatur Blvd., Suite 300
6   Las Vegas, Nevada  89101                   Las Vegas, Nevada  89103
7   Tele: (702) 252-3131                       Tele: (702) 366-1888

8   Counsel for Defendants                     Counsel for Plaintiff

9
    Dated: June 15, 2020                       Dated: June 15, 2020
10

11                                   **IT IS SO ORDERED:**

12
                                     **The parties' joint stipulation is hereby**
13                                   **approved.  Plaintiff shall have until July 20,**
                                     **2020 to respond to Defendant's motion to**
14                                   **dismiss (ECF No. 46) and motion to strike**
                                     **(ECF No. 47).**
15

16

17                                   _____
                                     **Gloria M. Navarro, District Judge**
18                                   **UNITED STATES DISTRICT COURT**

19                                   **Dated this  17  day of June, 2020.**

20
                              CERTIFICATE OF SERVICE
21

22          The undersigned hereby certifies that on this day, June 15, 2020, a copy of the foregoing
    document was served upon all counsel of record in this matter through the Court's CM/ECF
23  system.

24                                                      /s/ Paul S. Padda

25                                                      _____
                                                        Paul S. Padda
26

27                                          3

28