UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada Limited liability company (doing business as "Razaghi Healthcare"), AHMAD R. RAZAGHI; individually, TAUSIF HASAN; individually, DOES 1-10; ROES A-Z;<br><br>Defendants. | Case No. 2:19-cv-0329-GMN-EJY<br><br>**ORDER** |

Before the Court is the Joint Stipulation to Extend Time to File a Discovery Plan and for Stay of Discovery (ECF No. 51). The parties seek a stay of Rule 26(f) discovery plan and scheduling order until November 2, 2020. This is a four month stay based largely on COVID-19. However, a great deal of discovery can be accomplished through written requests, telephone, and videoconferencing. To the extent there is a motion to dismiss pending, this is insufficient, in and of itself, to warrant what amounts to a four month stay of discovery. *Tradebay, LLC v eBay, Inc.*, 278 F.R.D. 597, 600 (D. Nev. 2011).

Accordingly, IT IS HEREBY ORDERED that the Joint Stipulation to Extend Time to File a Discovery Plan and for Stay of Discovery (ECF No. 51) is DENIED.

Dated this 6th day of July, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1