Brian L. Bradford, NV Bar No. 9518
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
Fax: (702) 252-7411
bbradford@fisherphillips.com

Pavneet Singh Uppal, AZ SBN 016805 *(Pro Hac Vice Pending)*
Kris Leonhardt, AZ SBN 026401 *(Pro Hac Vice Pending)*
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
kleonhardt@fisherphillips.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), et al.,<br><br>Defendants. | Case No. 2:19-cv-00329-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO REPLY TO PLAINTIFF'S RESPONSES [ECF #s 61 & 62] TO DEFENDANTS' MOTION TO DISMISS [ECF #46] AND MOTION TO STRIKE [ECF #47] PURSUANT TO LR 7-1**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED that Defendants shall have an extension of time, up to and including **August 17, 2020,** to answer or otherwise reply to Plaintiff's Response to Defendants' Motion to Dismiss (ECF #46) and Plaintiff's Response to Defendants' Motion to

FP 38246401.1

Strike (ECF #47). The parties have so stipulated due to defense counsel's current case load, which includes but is not limited to, the preparation of a request for emergency injunctive relief in another, unrelated matter. The additional time requested herein will permit counsel for Defendants to meet other case commitments while addressing Plaintiff's responses to the Motion to Dismiss and Strike (ECF No. 46 - 47).  This is the first request to extend this deadline.

RESPECTFULLY SUBMITTED this 23rd day of July 2020.

| FISHER & PHILLIPS LLP | PAUL PADDA LAW, PLLC |
|---|---|
| By /s/ *Brian L. Bradford* | By /s/ *Paul S. Padda* (with permission) |
| Brian L. Bradford, Esq. | Paul S. Padda, Esq. |
| 300 S. Fourth Street #1500 | 4560 South Decatur Blvd., Suite 300 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89103 |

IT IS SO ORDERED:

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Dated this  27  day of July, 2020.

FP 38246401.1