Brian L. Bradford, NV Bar No. 9518
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
Fax: (702) 252-7411
bbradford@fisherphillips.com

Pavneet Singh Uppal, AZ SBN 016805 *(Admitted Pro Hac Vice)*
Kris Leonhardt, AZ SBN 026401 *(Admitted Pro Hac Vice)*
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
kleonhardt@fisherphillips.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), et al.,<br><br>Defendants. | Case No. 2:19-cv-00329-GMN-EJY<br><br>**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT PURSUANT TO RULE OF CIVIL PROCEDURE 15(a)(2) [ECF # 76]**<br><br>**(First Request)** |

Defendants respectfully submit this unopposed motion for a short, one-week extension of time, up to and including **August 25, 2020,** for Defendants to answer or respond to Plaintiff's Motion for Leave to File a First Amended Complaint Pursuant to Federal Rule of Civil Procedure 15(a)(2) (ECF No. 76). Defendants make this request due to defense counsel's current case load,

FP 38434229.1

which includes but is not limited to, extensive pleading practice and discovery responses in the instant case as well as complex and demanding discovery in unrelated matters. The additional time requested herein will permit counsel for Defendants to meet other case commitments while addressing Plaintiff's Motion for Leave to File a First Amended Complaint Pursuant to Federal Rule of Civil Procedure 15(a)(2) (ECF No. 76). This is the first request to extend this deadline.

Plaintiff's counsel has confirmed via email that they do not oppose a one-week extension of the deadline.

RESPECTFULLY SUBMITTED this 17th day of August 2020.

FISHER & PHILLIPS LLP

By: /s/ Kris Leonhardt, Esq.
Brian L. Bradford, Esq.
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

Pavneet Singh Uppal *(Admitted Pro Hac Vice)*
Kris Leonhardt *(Admitted Pro Hac Vice)*
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Attorneys for Defendants

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 18, 2020

2

FP 38434229.1