KATHLEEN BLISS, ESQ. (NV Bar #7606)
Email: kb@kathleenblisslaw.com
**KATHLEEN BLISS LAW, PLLC**
1070 West Horizon Ridge Parkway, Suite 202
Henderson, Nevada  89012
Tele: (702) 463-9074
-and-
PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
DAVID J. STANDER, ESQ. (*Admitted PHV*)
Email: dstanderlaw@gmail.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
-and-
DOUGLASS A. MITCHELL, ESQ. (NV Bar #3775)
Email: dmitchell@jenner.com
**JENNER & BLOCK, LLP**
1099 New York Avenue, N.W., Suite 900
Washington, D.C.  20001-4412
Tele: (202) 639-6090

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), AHMAD R. RAZAGHI; individually, TAUSIF HASAN; individually, DOES 1-10;<br><br>           Defendants. | Case No.  2:19-cv-0329-GMN-EJY<br><br>**UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE A REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2)**<br><br>**(FIRST REQUEST)** |

Plaintiff respectfully submits this unopposed motion for a one-week extension of time, September 1, 2020 to September 8, 2020, to file a Reply to Defendants' response to Plaintiff's Motion for Leave to File a First Amended Complaint Pursuant to Federal Rule of Civil Procedure 15(a)(2) ("Motion") (ECF No. 76).  Defendants themselves previously asked for (ECF No. 76), and received (ECF No. 81), a one-week extension of time following a similarly unopposed motion to extend their time to file a Response to the Motion.  Pursuant to that extension, their response is due on August 25, 2020.

Plaintiff makes this request due to defense counsel's current case load, which includes but is not limited to, extensive pleading practice and discovery responses in the instant case as well as complex and demanding discovery in unrelated matters.

This is the first request to extend this deadline. Defendants' counsel has confirmed via email that they do not oppose a one-week extension of the deadline.

RESPECTFULLY SUBMITTED this 21st day of August 2020.

FOR SAGE MEMORIAL,

/s/ *Paul S. Padda*

_____
Kathleen Bliss, Esq.
Paul S. Padda, Esq.
David J. Stander, Esq.
Douglass A. Mitchell, Esq.
Counsel for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  August 21, 2020

2