KATHLEEN BLISS, ESQ. (NV Bar #7606)
Email: kb@kathleenblisslaw.com
**KATHLEEN BLISS LAW, PLLC**
1070 West Horizon Ridge Parkway, Suite 202
Henderson, Nevada  89012
Tele: (702) 463-9074
-and-
PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
DAVID J. STANDER, ESQ. (*Admitted PHV*)
Email: dstanderlaw@gmail.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
-and-
DOUGLASS A. MITCHELL, ESQ. (NV Bar #3775)
Email: dmitchell@jenner.com
**JENNER & BLOCK, LLP**
1099 New York Avenue, N.W., Suite 900
Washington, D.C.  20001-4412
Tele: (202) 639-6090

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), AHMAD R. RAZAGHI; individually, TAUSIF HASAN; individually, DOES 1-10;<br><br>    Defendants. | Case No.  2:19-cv-0329-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND TIME FOR RESPONSE TO THIRD-PARTY COMPLAINT AND COUNTERCLAIMS**<br><br>**(FIRST REQUEST)** |

2

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 6(b)(1) and the Court's Local Rule of Civil |
| 2 | Practice 7-2, Counter-Defendant (Navajo Health Foundation – Sage Memorial Hospital, Inc.), |
| 3 | Third-Party Defendants (Christi El-Meligi and Netrisha Dalgai) and Counter-Claimant (Razaghi |
| 4 | Development Company, LLC or "RDC")) hereby stipulate to permit Counter-Defendant and |
| 5 | Third-Party Defendants additional time, to and until September 4, 2020, to respond to the Third- |
| 6 | Party Complaint and Counterclaims asserted by RDC.  The parties respectfully request the |
| 7 | Court approve this stipulation.  This is the parties' first stipulation for the purpose set forth |
| 8 | herein.  In requesting the Court approve this stipulation, the parties rely upon the following: |

1. Counter-Claimant RDC filed a Third-Party Complaint and Counterclaim on July 23, 2020.  *See* ECF No. 67.

2. The parties have communicated regarding this matter.  Counsel (Paul S. Padda, Esq.) for Third-Party Defendants and the Counter-Defendant has explained to RDC counsel that, due to competing case commitments, additional time will be needed to respond to the Third-Party Complaint and Counterclaim.  Specifically, undersigned counsel Paul S. Padda (who is taking the lead on this matter for the responding parties) will be required in the upcoming week to respond to discovery in two other civil matters and prepare a complaint for filing in a significant civil rights case involving a wrongful death.  Additionally, during the past week, undersigned counsel for the Third-Party Defendants and the Counter-Defendant was required to travel out of town for a business matter and was also required to prepare a response to a dispositive motion in a state civil case.  Given this schedule, undersigned counsel for the responding parties has not had sufficient time to complete an appropriate response.

. . .

. . .

2

3. In light of the foregoing, the parties agree that additional time, up to and including September 4, 2020, for Third-Party Defendants and Counter-Defendant to respond to RDC's additional pleadings is appropriate.

4. The parties respectfully request the Court approve this stipulation.

/s/ *Brian L. Bradford*
_____
Pavneet S. Uppal, Esq.
Kris Leonhardt, Esq.
Brian L. Bradford, Esq

*Counsel for Razaghi Development Company, LLC*

Dated:  August 24, 2020

/s/ *Paul S. Padda*
_____
Kathleen Bliss, Esq.
Paul S. Padda, Esq.
David Stander, Esq.
Douglass A. Mitchell, Esq.

*Counsel for Christi El-Meligi, Netrisha Dalgai and Navajo Health Foundation – Sage Memorial Hospital, Inc.*

Dated:  August 24, 2020

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED:  August 25, 2020

2