Brian L. Bradford, NV Bar No. 9518
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
Fax: (702) 252-7411
bbradford@fisherphillips.com

Pavneet Singh Uppal, AZ SBN 016805 *(Admitted Pro Hac Vice)*
Kris Leonhardt, AZ SBN 026401 *(Admitted Pro Hac Vice)*
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
kleonhardt@fisherphillips.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), et al.,<br><br>Defendants. | Case No. 2:19-cv-00329-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL [ECF # 98]**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED that Defendants shall have a short three-day extension of time, up to and including **October 16, 2020,** to answer or respond to Plaintiff's Motion to Compel Razaghi Healthcare to Produce Documents (ECF No. 98). The parties have so stipulated due to defense counsel's current case load, which includes but is not limited to, extensive

pleading and discovery practice, including attempts to confer regarding third-party requests for information, in the instant case as well as complex and demanding discovery in unrelated matters. The additional time requested herein will permit counsel for Defendants to meet other case commitments while addressing Plaintiff's Motion to Compel (ECF No. 98). This is the first request to extend this deadline.

      RESPECTFULLY SUBMITTED this 12th day of October 2020.

| FISHER & PHILLIPS LLP | PAUL PADDA LAW, PLLC |
|---|---|
| By /s/ *Kris Leonhardt* | By /s/ *Paul S. Padda* (with permission) |
| Pavneet Singh Uppal *(Admitted Pro Hac Vice)* | Paul S. Padda, Esq. |
| Kris Leonhardt *(Admitted Pro Hac Vice)* | 4560 South Decatur Blvd., Suite 300 |
| 3200 N. Central Avenue, Suite 1550 | Las Vegas, Nevada 89103 |
| Phoenix, Arizona 85012-2487 | *Attorney for Plaintiff* |
| *Attorneys for Defendants* | |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 13, 2020

2

FP 38837505.1