UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), AHMAD R. RAZAGHI; individually, TAUSIF HASAN; individually, DOES 1-10; ROES A-Z;<br><br>Defendants. | Case No. 2:19-cv-00329-GMN-EJY<br><br><br>**ORDER** |

Presently before the Court is Defendants' Emergency Motion for Protective Order Regarding Subpoena Issued by Plaintiff as to Wells Fargo Bank, N.A. ECF No. 110. Defendants seek an expedited order staying enforcement of Plaintiff's second non-party subpoena directed to Wells Fargo Bank, N.A., which currently has a due date of December 3, 2020. *Id*. at 2 and 6.

A district court has wide discretion in controlling discovery. *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). Exercising its discretion, the Court temporarily stays the due date of Plaintiff's second non-party subpoena directed to Wells Fargo Bank, N.A. allowing Defendants' Emergency Motion to be heard in the ordinary course.

Accordingly, it is HEREBY ORDERED that Defendants' Emergency Motion for Protective Order Regarding Subpoena Issued by Plaintiff as to Wells Fargo Bank, N.A. (ECF No. 110) is DENIED; provided, however, that the Motion for Protective Order shall be heard in the ordinary course. Plaintiff's response thereto shall be due on or before December 1, 2020. Defendants' reply shall be due seven court days after Plaintiff's response is filed. The Court's Order will follow.

1  IT IS FURTHER ORDERED that the due date of Plaintiff's second non-party subpoena directed to Wells Fargo Bank, N.A. is temporarily STAYED until such time as the Court issues its decision on Defendants' Motion for Protective Order.

IT IS FURTHER ORDERED that Counsel for Plaintiff shall notify Wells Fargo Bank, N.A. that the response date for the subpoena is temporarily stayed such that no response to the subpoena is due on December 3, 2020.

DATED this 18th day of November, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE