Brian L. Bradford, NV Bar No. 9518
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
Fax: (702) 252-7411
bbradford@fisherphillips.com

Pavneet Singh Uppal, AZ SBN 016805 *(Admitted Pro Hac Vice)*
Kris Leonhardt, AZ SBN 026401 *(Admitted Pro Hac Vice)*
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
kleonhardt@fisherphillips.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), et al.,<br><br>Defendants. | Case No. 2:19-cv-00329-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND TIME FOR OBJECTIONS TO REPORT AND RECOMMENDATION [ECF No. 117]**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED that Defendants shall have a two-week extension of time, up to and including **February 12, 2021,** to submit their objection, if any, pursuant to Local Rule IB 3-2 and FRCP 72(b)(2) to the Magistrate's Order and Report and Recommendations at ECF No. 117. The parties have so stipulated due to defense counsel's current case load, which includes multiple prescheduled depositions and other dispositive motion briefing

FP 39657321.1

due within the original fourteen-day objection period. The additional time requested herein will permit counsel for Defendants to meet other pre-set case commitments and sufficient time address any objections to the Magistrate's Order and Report and Recommendations. This request is made in good faith and not for the purpose of delay. Neither party will be prejudiced by the requested extension, and the parties acknowledge that if approved by the Court, this extension will not constitute a waiver of any right to object under Local Rule IB 3-2 or FRCP 72(b)(2). This is the first request to extend this deadline.

RESPECTFULLY SUBMITTED this 22 day of January 2021.

| | |
|---|---|
| FISHER & PHILLIPS LLP | PAUL PADDA LAW, PLLC |
| By /s/ *Kris Leonhardt* <br> Pavneet Singh Uppal *(Admitted Pro Hac Vice)* <br> Kris Leonhardt *(Admitted Pro Hac Vice)* <br> 3200 N. Central Avenue, Suite 1550 <br> Phoenix, Arizona 85012-2487 <br> *Attorneys for Defendants* | By /s/ *Paul Padda (with permission)* <br> Paul S. Padda, Esq. <br> 4560 South Decatur Blvd., Suite 300 <br> Las Vegas, Nevada 89103 <br> *Attorney for Plaintiff* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 25, 2021