KATHLEEN BLISS, ESQ. (NV Bar #7606)
Email: kb@kathleenblisslaw.com
**KATHLEEN BLISS LAW, PLLC**
1070 West Horizon Ridge Parkway, Suite 202
Henderson, Nevada  89012
Tele: (702) 463-9074
-and-
PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
DAVID J. STANDER, ESQ. (*Admitted PHV*)
Email: dstanderlaw@gmail.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
-and-
DOUGLASS A. MITCHELL, ESQ. (NV Bar #3775)
Email: dmitchell@jenner.com
**JENNER & BLOCK, LLP**
1099 New York Avenue, N.W., Suite 900
Washington, D.C.  20001-4412
Tele: (202) 639-6090

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), AHMAD R. RAZAGHI; individually, TAUSIF HASAN; individually, DOES 1-10;<br><br>                    Defendants. | Case No.  2:19-cv-0329-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' OBJECTIONS TO THE UNITED STATES MAGISTRATE JUDGE'S ORDER AND REPORT AND RECOMMENDATION** |

1

1  The parties, by and through their respective counsel, hereby stipulate to permit Plaintiff an additional 7-days, or until March 5, 2021, to respond to Defendants' Objections to the United States Magistrate Judge's January 15, 2021 Order and Report and Recommendation.  This is the parties' first request related to the matters set forth herein.  The parties respectfully request that the Court approve this Stipulation.  In support of this Stipulation, the parties rely upon the facts set forth below.

The United States Magistrate Judge assigned to this matter issued an Order and a Report and Recommendation ("Report") on January 15, 2021.  ECF No. 117.  Defendants filed an Objection to that Report on February 12, 2021.  ECF No. 121.  Pursuant to this Court's Local Rules of Civil Practice, Plaintiff is permitted a response to the Objection filed by Defendants.  Plaintiff's current deadline for filing that response is February 26, 2021.  Undersigned counsel, however, has notified undersigned defense counsel that he is required to travel out-of-town this week for a work-related matter.  This travel was unanticipated and undersigned counsel did not expect at the start of this week to being out-of-town.  Nonetheless, and in light of this fact, a short extension of the current deadline will be necessary to permit Plaintiff's counsel sufficient time to complete a response and file it with the Court.  Undersigned counsel for Defendants has no objection to the requested extension of one week.

For the reasons set forth above, the parties respectfully approve this Stipulation and permit Plaintiff to file a response to Defendants' Objections on or before March 5, 2021.

/s/ *Kris Leonhardt*
_____
Pavneet S. Uppal, Esq.
Kris Leonhardt, Esq.
Brian L. Bradford, Esq

*Counsel for Defendants*

Dated:  February 25, 2021

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated:  February 25, 2021**

/s/ *Paul S. Padda*
_____
Kathleen Bliss, Esq.
Paul S. Padda, Esq.
David Stander, Esq.
Douglass A. Mitchell, Esq.

*Counsel for Christi El-Meligi, Netrisha Dalgai and Navajo Health Foundation – Sage Memorial Hospital, Inc.*

Dated:  February 25, 2021

2