KATHLEEN BLISS, ESQ. (NV Bar #7606)
Email: kb@kathleenblisslaw.com
**KATHLEEN BLISS LAW, PLLC**
1070 West Horizon Ridge Parkway, Suite 202
Henderson, Nevada  89012
Tele: (702) 463-9074
-and-
PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
DAVID J. STANDER, ESQ. (*Admitted PHV*)
Email: dstanderlaw@gmail.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
-and-
DOUGLASS A. MITCHELL, ESQ. (NV Bar #3775)
Email: dmitchell@jenner.com
**JENNER & BLOCK, LLP**
1099 New York Avenue, N.W., Suite 900
Washington, D.C.  20001-4412
Tele: (202) 639-6090

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), AHMAD R. RAZAGHI; individually, TAUSIF HASAN; individually, DOES 1-10;<br><br>Defendants. | Case No.  2:19-cv-0329-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' OBJECTIONS TO THE UNITED STATES MAGISTRATE JUDGE'S ORDER AND REPORT AND RECOMMENDATION**<br><br>**(SECOND REQUEST)** |

1

1    The parties, by and through their respective counsel, hereby stipulate to permit Plaintiff an additional 1 business day, or until March 8, 2021, to respond to Defendants' Objections to the United States Magistrate Judge's January 15, 2021 Order and Report and Recommendation. This is the parties' <u>second</u> request related to the matters set forth herein. The parties respectfully request that the Court approve this Stipulation. In support of this Stipulation, the parties rely upon the facts set forth below.

The United States Magistrate Judge assigned to this matter issued an Order and a Report and Recommendation ("Report") on January 15, 2021. ECF No. 117. Defendants filed an Objection to that Report on February 12, 2021. ECF No. 121. Pursuant to this Court's Local Rules of Civil Practice, Plaintiff is permitted a response to the Objection filed by Defendants. Plaintiff's current deadline for filing that response is March 5, 2021. Undersigned counsel, however, has notified undersigned defense counsel that while he has substantially completed a response to the Defendants' Objection (ECF No. 121), he needs additional time to have his co-counsel review and approve the filing. Additionally, undersigned counsel for Plaintiff was only recently able to obtain an appointment today for the COVID vaccine and will need to leave the office to receive that. In light of the foregoing, the parties stipulate and agree that good cause supports this request for a 1 business day extension of time.

For the reasons set forth above, the parties respectfully approve this Stipulation and permit Plaintiff to file a response to Defendants' Objections on or before March 8, 2021.

| /s/ *Kris Leonhardt* | /s/ *Paul S. Padda* |
|---|---|
| Pavneet S. Uppal, Esq. | Kathleen Bliss, Esq. |
| Kris Leonhardt, Esq. | Paul S. Padda, Esq. |
| Brian L. Bradford, Esq | David Stander, Esq. |
| | Douglass A. Mitchell, Esq. |
| *Counsel for Defendants* | *Counsel for Christi El-Meligi, Netrisha Dalgai and Navajo Health Foundation – Sage Memorial Hospital, Inc.* |
| Dated: March 5, 2021 | Dated: March 5, 2021 |

**IT IS SO ORDERED.**

U.S. MAGISTRATE JUDGE

**Dated: March 5, 2021**

2