KATHLEEN BLISS, ESQ. (NV Bar #7606)
Email: kb@kathleenblisslaw.com
**KATHLEEN BLISS LAW, PLLC**
1070 West Horizon Ridge Parkway, Suite 202
Henderson, Nevada  89012
Tele: (702) 463-9074
-and-
PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
DAVID J. STANDER, ESQ. (*Admitted PHV*)
Email: dstanderlaw@gmail.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
-and-
DOUGLASS A. MITCHELL, ESQ. (NV Bar #3775)
Email: dmitchell@jenner.com
**JENNER & BLOCK, LLP**
1099 New York Avenue, N.W., Suite 900
Washington, D.C.  20001-4412
Tele: (202) 639-6090

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), AHMAD R. RAZAGHI; individually, TAUSIF HASAN; individually, DOES 1-10;<br><br>　　　　　　　　Defendants. | Case No.  2:19-cv-0329-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

2

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and the Court's Local Rule of Civil Practice 7-2, Plaintiff (Navajo Health Foundation – Sage Memorial Hospital, Inc.) and Defendants (Razaghi Development Company, LLC, Ahmad Razaghi and Tausif Hasan) stipulate and agree to permit Plaintiff an additional 30-days, or to and until May 5, 2021, to file an Amended Complaint.  This is the parties first request for an extension of time for the purpose set forth herein.  The parties respectfully request the Court approve this stipulation and in support of this request rely upon the following facts:

1. By Order filed March 15, 2021 the Court permitted Plaintiff to file "an Amended Complaint curing the deficiencies" identified in its 34-page Order.  *See* ECF 128, p. 34.  Currently, Plaintiff's Amended Complaint is due on or before April 5, 2021.

2. Counsel for Plaintiff has communicated with defense counsel regarding this matter and expressed the need for additional time in order address the deficiencies identified by the Court while at the same time balancing competing case commitments.  Further, counsel for Plaintiff will need this additional time to verify certain facts for inclusion in the Amended Complaint.  All of the foregoing will require additional time beyond the current deadline.

3. Counsel for Defendants do not have any issue with Plaintiff being granted an additional 30-days, or until May 5, 2021, to file an Amended Complaint.  The parties agree that good cause supports this request.

. . .

. . .

. . .

. . .

. . .

In light of the foregoing, the parties respectfully request that the Court approve this stipulation.

| | |
|---|---|
| /s/ *Kris Leonhardt* | /s/ *Paul S. Padda* |
| Pavneet S. Uppal, Esq.<br>Kris Leonhardt, Esq.<br>Brian L. Bradford, Esq | Kathleen Bliss, Esq.<br>Paul S. Padda, Esq.<br>David Stander, Esq.<br>Douglass A. Mitchell, Esq. |
| *Counsel for all named Defendants* | *Counsel for Christi El-Meligi, Netrisha Dalgai and Navajo Health Foundation – Sage Memorial Hospital, Inc.* |
| Dated: March 31, 2021 | Dated: March 31, 2020 |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: March 31, 2021**