KATHLEEN BLISS, ESQ. (NV Bar #7606)
Email: kb@kathleenblisslaw.com
KATHLEEN BLISS LAW, PLLC
1070 West Horizon Ridge Parkway
Suite 202
Henderson, Nevada 89012
Telephone: (702) 463-9074
-and-
PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
DAVID J. STANDER, ESQ. (Admitted PHV)
Email: dstanderlaw@gmail.com
PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard
Suite 300
Las Vegas, Nevada 89103
Telephone: (702) 366-1888
Fax: (702) 366-1940
-and-
DOUGLASS A. MITCHELL, ESQ. (NV Bar #3775)
Email: dmitchell@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6090
Facsimile: (202) 639-6066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION - SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"), an Arizona non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC (doing business as "Razaghi Healthcare"), a Nevada limited liability company; AHMAD R. RAZAGHI, individually; TAUSIF HASAN, individually; DOES 1-20; DOES A-Z,<br><br>　　　　　Defendant. | Case No. 2:19-cv-0329-GMN-EJY<br><br><br><br>**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 7-2, Plaintiff Navajo Health Foundation - Sage Memorial Hospital, Inc. ("Sage Memorial") and Defendants Razaghi Development Company, LLC, Ahmad Razaghi, and Tausif Hasan (collectively, "Razaghi Defendants") stipulate and agree to extend the time for Sage Memorial to file its Amended Complaint for sixteen days, from May 5, 2021 to May 21, 2021. This is the second request to extend the time to file Sage Memorial's amended complaint. On March 15, 2021, the Court entered an Order permitting Sage Memorial to file an amended complaint curing deficiencies identified in the Order. ECF No. 128 at 34. As a result, Sage Memorial's amended complaint was initially due to be filed on April 5, 2021. On April 1, 2021, the Court granted the parties' first stipulation to extend the time for Sage Memorial to file its amended complaint until May 5, 2021. ECF No. 131.

Additional time to file the amended complaint has now become necessary for the following reasons:

1. The undersigned counsel for Sage Memorial is primarily responsible for drafting Sage Memorial's amended complaint. He is also counsel for plaintiffs ("9/11 Families") who hold a multi-billion dollar judgment against the Islamic Republic of Iran and certain of its political subdivisions and its agencies and instrumentalities arising out of Iran's material support for the September 11, 2001 terrorist attacks.

2. Counsel for Sage Memorial is currently involved in representing the 9/11 Families in a judgment enforcement proceeding in Luxembourg against Iran.

3. In connection with the Luxembourg judgment enforcement proceeding, counsel for Sage Memorial is currently reviewing approximatley five hundred mostly single-spaced pages of briefs and expert reports that must be filed at the Luxembourg Court of Appeals on May 15, 2021.

4. The additional time requested in this Stipulation will provide counsel for Sage Memorial with sufficient time to complete the work necessary to file the brief with the Luxembourg Court of Appeals and then complete the amended complaint in this case.

5. The Razaghi Defendants consent to the extention requested by Sage Memorial to file its amended complaint.

For the reasons set forth above, the parties ask the Court to approve the stipulation to extend the time for Sage Memorial to file its amended complaint to May 21, 2021.

/s/ Kris Leohnardt
Pavneet S. Upaal
Kris Leonhardt
Brian L. Bradford

Counsel for Razaghi Development Company, LLC, Ahmad Razaghi, And Tausif Hasan, *Defendants*

Dated: May 1, 2021

/s/ Douglass A. Mitchell
Kathleen Bliss
Paul S. Padda
David Stander
Douglass A. Mitchell

Navajo Health Foundation – Sage Memorial Hospital, Inc., *Plaintiff*

Dated: May 1, 2021

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 3, 2021