Brian L. Bradford, NV Bar No. 9518
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
Fax: (702) 252-7411
bbradford@fisherphillips.com

Pavneet Singh Uppal, AZ SBN 016805 *(Admitted Pro Hac Vice)*
Kris Leonhardt, AZ SBN 026401 *(Admitted Pro Hac Vice)*
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
kleonhardt@fisherphillips.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), et al.,<br><br>Defendants. | Case No. 2:19-cv-00329-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF No. 137]**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED that Defendants Razaghi Development Company, LLC, Ahmad Razaghi, and Tausif Hasan (collectively, "Defendants") shall have a thirty-day extension of time, up to and including July 9, 2021 to respond to Plaintiff's First Amended Complaint (ECF No. 137). The parties have so

FP 40743749.1

stipulated due to defense counsel's current case load, which includes a recent evidentiary hearing on an order to show cause for contempt and extensive pretrial obligations on a matter set for trial in early August. The additional time requested herein will permit counsel for Defendants to meet other pre-set case commitments and allow Defendants sufficient time to respond to the First Amended Complaint. This request is made in good faith and not for the purpose of delay. Neither party will be prejudiced by the requested extension. This is the first request to extend this deadline.

For the reasons set forth above, the parties ask the Court to approve this stipulation to extend the time for Defendants to respond to the First Amended Complaint from June 11, 2021 up to and including July 9, 2021.

RESPECTFULLY SUBMITTED this 10th day of June 2021.

| JENNER & BLOCK LLP | FISHER & PHILLIPS LLP |
|---|---|
| /s/ Douglass A. Mitchell *(with permission)* <br> Douglass A Mitchell <br> 1099 New York Avenue, N.S., Suite 900 <br> Washington, DC 20001 <br><br> Attorneys for Plaintiff | /s/ Kris Leonhardt <br> Pavneet Singh Uppal <br> *(Admitted Pro Hac Vice)* <br> Kris Leonhardt (*Admitted Pro Hac Vice*) <br> 3200 N. Central Avenue, Suite 1550 <br> Phoenix, Arizona 85012-2487 <br><br> Attorneys for Defendants |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 10, 2021

FP 40743749.1