Brian L. Bradford, NV Bar No. 9518
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
Fax: (702) 252-7411
bbradford@fisherphillips.com

Pavneet Singh Uppal, AZ SBN 016805 *(Admitted Pro Hac Vice)*
Kris Leonhardt, AZ SBN 026401 *(Admitted Pro Hac Vice)*
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
kleonhardt@fisherphillips.com
Attorneys for Defendants

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), et al.,<br><br>Defendants. | Case No. 2:19-cv-00329-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF No. 137]**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED that Defendants Razaghi Development Company, LLC, Ahmad Razaghi, and Tausif Hasan (collectively, "Defendants") shall have an additional three-week extension of time, up to and including July 30, 2021 to respond to Plaintiff's First Amended Complaint (ECF No. 137). On June 10, 2021 the Court, pursuant to the joint stipulation of the parties (ECF No. 138), granted

Defendants an extension (ECF No. 139) to July 9, 2021 to accommodate defense counsel's case load. The parties have now stipulated to an additional short extension due to defense counsel's case load, including extensive pretrial obligations on an unrelated matter, the intervening holiday, and pre-planned vacations. The additional time requested herein will permit counsel for Defendants to meet other pre-set case commitments and allow Defendants sufficient time to prepare, review, and finalize their response to the First Amended Complaint, especially considering the complexity of the issues in this case and the length and breadth of the First Amended Complaint. This request is made in good faith and not for the purpose of delay. Neither party will be prejudiced by the requested extension. This is the second request to extend this deadline.

For the reasons set forth above, the parties ask the Court to approve this stipulation to extend the time for Defendants to respond to the First Amended Complaint from July 9, 2021 up to and including July 30, 2021.

RESPECTFULLY SUBMITTED this 9th day of July 2021.

| JENNER & BLOCK LLP | FISHER & PHILLIPS LLP |
|---|---|
| /s/ Douglass A. Mitchell *(with permission)* | /s/ Kris Leonhardt |
| Douglass A Mitchell | Pavneet Singh Uppal |
| 1099 New York Avenue, N.S., Suite 900 | *(Admitted Pro Hac Vice)* |
| Washington, DC 20001 | Kris Leonhardt (*Admitted Pro Hac Vice*) |
| Attorneys for Plaintiff | 3200 N. Central Avenue, Suite 1550 |
|  | Phoenix, Arizona 85012-2487 |
|  | Attorneys for Defendants |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 9, 2021

FP 40912374.1

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400