Brian L. Bradford, NV Bar No. 9518
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
Fax: (702) 252-7411
bbradford@fisherphillips.com

Pavneet Singh Uppal, AZ SBN 016805 *(Admitted Pro Hac Vice)*
Kris Leonhardt, AZ SBN 026401 *(Admitted Pro Hac Vice)*
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
kleonhardt@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), et al.,<br><br>Defendants. | Case No. 2:19-cv-00329-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT [ECF No. 144]**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED that Defendants Razaghi Development Company, LLC, Ahmad Razaghi, and Tausif Hasan (collectively, "Defendants") shall have a brief one-week extension of time, up to and including August 23, 2021 to respond to Plaintiff's Second Amended Complaint (ECF No. 144). Although this is the first request relating to the Second Amended Complaint, Defendants did receive

extensions relating to their response to the First Amended Complaint. The parties now stipulate to this short extension due to defense counsels' current case load, including recent last-minute efforts to prepare for and attend mediation in order settle a matter set for trial in mid-September 2021. Additionally, two out of six attorneys in defense counsels' office have been out of the office dealing with unexpected and serious health issues for themselves or family members, causing increased workloads for the remaining attorneys in the office. The additional time requested herein will permit counsel for Defendants to meet other case commitments and allow Defendants sufficient time to prepare, review, and finalize their response to the Second Amended Complaint, especially considering the complexity of the issues in this case and the length and breadth of the Second Amended Complaint. This request is made in good faith and not for the purpose of delay. Neither party will be prejudiced by the requested extension.

    For the reasons set forth above, the parties ask the Court to approve this stipulation to extend the time for Defendants to respond to the First Amended Complaint from August 16, 2021 up to and including August 23, 2021.

    RESPECTFULLY SUBMITTED this 13th day of August 2021.

| JENNER & BLOCK LLP | FISHER & PHILLIPS LLP |
|---|---|
| /s/ Douglass A. Mitchell *(with permission)*<br>Douglass A Mitchell<br>1099 New York Avenue, N.S., Suite 900<br>Washington, DC 20001<br>Attorneys for Plaintiff | /s/ Kris Leonhardt<br>Pavneet Singh Uppal<br>*(Admitted Pro Hac Vice)*<br>Kris Leonhardt *(Admitted Pro Hac Vice)*<br>3200 N. Central Avenue, Suite 1550<br>Phoenix, Arizona 85012-2487<br>Attorneys for Defendants |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 13, 2021

FP 41359971.1