# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

NAVAJO HEALTH FOUNDATION-SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"), an Arizona non-profit corporation,

    Plaintiff(s),

vs.

RAZAGHI DEVELOPMENT COMPANY, LLC, a Nevada limited liability company (doing business as "Razaghi Healthcare"); et al.

    Defendant(s).

Case # 2:19-cv-00329-GMN-EJY

## SUBSTITUTION OF ATTORNEY

Razaghi Development Company, LLC (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

Jeffrey Winchester
(New Attorney)

(Address): Fisher Phillips LLP, 300 S. Fourth Street, Suite 1500, Las Vegas, NV 89101

(Telephone): (206) 693-5068 , as attorney of record in place and stead of: Brian L. Bradford
(Present Attorney)

DATED: 9/30/2021

(Signature of Party)

I consent to the above substitution.

DATED: 10/1/2021

(Signature of Present Attorney)

. . .
. . .
. . .

1

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: 10/1/2021                              _____
4 |                                                                    (Signature of New Attorney)
5 |
6 | Please check one: __x__ RETAINED, or _____ APPOINTED BY THE COURT
7 |
8 |                                              APPROVED:
9 | DATED: October 7, 2021                       _____
10|                                               UNITED STATES MAGISTRATE JUDGE

2

## ADDENDUM TO SUBSTITUTION OF ATTORNEY

The undersigned party(ies) consent(s) to the substitution of Jeffrey Winchester as his/her/their Designated Resident Nevada Counsel in this case.

DATED: 10/01/21

_____
(Signature of Party)

DATED: 10/01/21

_____
(Signature of Party)