Jeffrey D. Winchester, NV Bar No. 10279
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
Fax: (702) 252-7411
jwinchester@fisherphillips.com

Pavneet Singh Uppal, AZ SBN 016805 *(Admitted Pro Hac Vice)*
Kris Leonhardt, AZ SBN 026401 *(Admitted Pro Hac Vice)*
Nermana Pehlic, AZ SBN 035240 *(Admitted Pro Hac Vice)*
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
kleonhardt@fisherphillips.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), et al.,<br><br>Defendants. | Case No. 2:19-cv-00329-GMN-EJY<br><br>**JOINT STIPULATION FOR LIMITED STAY OF DISCOVERY** |

The Parties HEREBY STIPULATE AND AGREE to a limited stay of discovery in the above-entitled matter, including a limited stay of discovery regarding Plaintiff's claims and Defendants' defenses, counter-claims, and third-party claims until completion of

FP 42126123.1

dispositive motion briefing on Defendants' Motion to Dismiss Second Amended Complaint (ECF No. 147).

As this Court is aware, the Parties previously briefed the issue of a stay of discovery and said stay of discovery was granted by the Court in December 2020 (ECF Nos. 114, 117). Thereafter, the Court dismissed Plaintiff's Complaint on March 15, 2021 (ECF No. 128), and Plaintiff filed its Second Amended Complaint on August 2, 2021 (ECF No. 144). Defendants have now moved to dismiss the Second Amended Complaint in its entirety (ECF No. 147), including all claims asserted therein.

The Parties met and conferred on the issue of discovery in this matter and have agreed that a *limited* continued stay of discovery is appropriate up to and including the time that dispositive motion briefing has completed. The Parties submit that that this limited, narrowly tailored stay will allow each side to participate in substantive, complex dispositive motion briefing, will allow the Parties and the Court to conserve resources while determining which claims shall proceed past the pleading stage, and will allow the Court a better opportunity to assess the factors set forth in *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597 (D. Nev. 2011) should an additional, more comprehensive stay of discovery be requested. The Parties submit that this request invokes the Court's wide discretion in controlling discovery and is keeping with the principles of Rule 1 which requires a "just, speedy, and inexpensive determination of every action and proceeding" as the touchstone of federal procedure. Fed. R. Civ. P. Rule 1.

For the reasons set forth above, the Parties ask the Court to approve this stipulation for a limited stay of discovery on all claims submitted by Plaintiff and all defenses, counter-claims, and third-party claims filed by Defendants, up to and including the date in which dispositive motion briefing is completed regarding Defendants' Motion to Dismiss

1  Plaintiff's Second Amended Complaint. The Parties shall within 30 days thereafter submit
2  a joint case management report and proposed discovery plan or separately move this Court
3  for an additional stay of discovery.
4        RESPECTFULLY SUBMITTED this 29th day of October 2021.

| JENNER & BLOCK LLP | FISHER & PHILLIPS LLP |
|---|---|
| /s/ Douglass A. Mitchell *(with permission)* | /s/ Kris Leonhardt |
| Douglass A Mitchell | Pavneet Singh Uppal |
| 1099 New York Avenue, N.S., Suite 900 | *(Admitted Pro Hac Vice)* |
| Washington, DC 20001 | Kris Leonhardt (*Admitted Pro Hac Vice*) |
| Attorneys for Plaintiff | 3200 N. Central Avenue, Suite 1550 |
| | Phoenix, Arizona 85012-2487 |
| | Attorneys for Defendants |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 1, 2021

3

FP 42126123.1