Jeffrey Winchester, NV Bar No. 10279
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
Fax: (702) 252-7411
JWINCHESTER@fisherphillips.com

Pavneet Singh Uppal, AZ SBN 016805 *(Admitted Pro Hac Vice)*
Kris Leonhardt, AZ SBN 026401 *(Admitted Pro Hac Vice)*
Nermana Pehlic, AZ SBN 035240 *(Admitted Pro Hac Vice)*
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
kleonhardt@fisherphillips.com
npehlic@fisherphillips.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), et al.,<br><br>Defendants. | Case No. 2:19-cv-00329-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED that Defendants Razaghi Development Company, LLC, Ahmad Razaghi, and Tausif Hasan (collectively, "Defendants") shall have an extension of time, up to and including January 21, 2022, to

submit Defendants' reply in support of their Motion to Dismiss Second Amended Complaint (ECF No. 147) therein addressing the arguments raised in Plaintiff's Opposition to Defendants' Second Motion to Dismiss (ECF No. 164).

The parties have so stipulated to this extension request due to defense counsel's concurrent case obligations well as the recent and upcoming holidays. Since the filing of Plaintiff's Opposition to Defendants' Second Motion to Dismiss (ECF No. 164) on November 9, 2021, defense counsel has participated in an oral argument before the Ninth Circuit Court of Appeals, extensive and successful settlement negotiations on a collective action matter, and in preparing an opening brief in a subsequent Ninth Circuit Court of Appeals matter. Defendants now seek the instant extension through January 21, 2022 due to defense counsels' upcoming case obligations including a preplanned City Council presentation regarding the collective action matter, a pre-scheduled settlement conference in an unrelated case, and the upcoming winter holidays. The additional time requested herein will permit counsel for Defendants to meet other case commitments while addressing the arguments raised in Plaintiff's Opposition to Defendants' Second Motion to Dismiss (ECF No. 164).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FP 42495302.2

The parties agree that good cause exists to support this request for Defendants to have additional time, up to and including January 21, 2022, to submit their reply in support of their Motion to Dismiss Second Amended Complaint. This is the first request to extend this deadline.

RESPECTFULLY SUBMITTED this 8th day of December 2021.

| JENNER & BLOCK LLP | FISHER & PHILLIPS LLP |
|---|---|
| /s/ Douglass A. Mitchell *(with permission)*<br>Douglass A Mitchell<br>1099 New York Avenue, N.S., Suite 900<br>Washington, DC 20001<br>Attorneys for Plaintiff | /s/ Kris Leonhardt<br>Pavneet Singh Uppal<br>*(Admitted Pro Hac Vice)*<br>Kris Leonhardt *(Admitted Pro Hac Vice)*<br>Nermana Pehlic<br>*(Admitted Pro Hac Vice)*<br>3200 N. Central Avenue, Suite 1550<br>Phoenix, Arizona 85012-2487<br>Attorneys for Defendants |

**IT IS SO ORDERED** *nunc pro tunc*.

Dated this __13__ day of December, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3

FP 42495302.2

# **CERTIFICATE OF SERVICE**

This is to certify that on December 8, 2021, the undersigned, an employee of Fisher & Phillips LLP, electronically filed the Joint Stipulation to Extend Time for Defendants to File Reply in Support of Defendants' Motion to Dismiss Second Amended Complaint with the U.S. District Court, and a copy was electronically transmitted from the Court to the e-mail address on file for:

Kathleen Bliss, Esq.
KATHLEEN BLISS LAW, PLLC
1070 West Horizon Ridge Parkway, Suite 202
Henderson, NV 89012
kb@kathleenblisslaw.com

David Joel Stander
Law Office of David J. Stander LLC
10112 Burton Glen Drive
Potomac, MD 20850
dstanderlaw@gmail.com

Paul S. Padda, Esq.
PAUL PADDA LAW, PLLC
4030 S. Jones Boulevard, Unit 30370
Las Vegas, NV 89173
psp@paulpaddalaw.com

Douglass A. Mitchell, Esq.
JENNER & BLOCK
1099 New York Ave, NW
Suite 900
Washington, DC 20001-4412
dmitchell@jenner.com

*Attorneys for Plaintiff*


 /s/ Kris Leonhardt
An employee of Fisher & Phillips LLP

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 42495302.2