KATHLEEN BLISS, ESQ. (NV Bar #7606)
Email: kb@kathleenblisslaw.com
**KATHLEEN BLISS LAW, PLLC**
1070 West Horizon Ridge Parkway, Suite 202
Henderson, Nevada  89012
Tele: (702) 463-9074
**-and-**
PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
DAVID J. STANDER, ESQ. (*Admitted PHV*)
Email: dstanderlaw@gmail.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
**-and-**
DOUGLASS A. MITCHELL, ESQ. (NV Bar #3775)
Email: dmitchell@jenner.com
**JENNER & BLOCK, LLP**
1099 New York Avenue, N.W., Suite 900
Washington, D.C.  20001-4412
Tele: (202) 639-6090

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation, | |
| Plaintiff, | Case No.  2:19-cv-0329-GMN-EJY |
| vs. | |
| RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), AHMAD R. RAZAGHI; individually, TAUSIF HASAN; individually, DOES 1-10; | **JOINT STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION TO STAY DISCOVERY AND FOR RULE 11 SANCTIONS** |
| Defendants. | **(FIRST REQUEST)** |

1

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6 and the Court's Local Rule of Civil Practice 7-1, the parties hereby stipulate, subject to the Court's approval, to permit Plaintiff additional time, to and until <u>April 1, 2022</u>, to respond to Defendant's motion to stay discovery (ECF No. 170) and for FRCP 11 sanctions (ECF No. 174).  Presently, Plaintiff's response to the motion to stay discovery is due today and the response to the FRCP 11 sanctions motion is due on March 24, 2022.  This is Plaintiff's first request for an extension of time for the reasons cited herein.

In support of this Stipulation, the parties agree to the following:

1.   Good cause exists to support this request for additional time.  The parties have discussed the pending motions and counsel for Plaintiff has notified counsel for Defendants that due to competing case commitments (including out of town travel for depositions in another case being handled by Paul S. Padda, Esq.), work obligations and an upcoming medical appointment (i.e. surgery) for Kathleen Bliss, Esq. additional time is needed to properly respond to the pending motions.  This additional time will permit counsel for Plaintiff to complete responses to the pending motions, coordinate their review between Plaintiff's counsel and then file them with the Court.

2.   Counsel for the respective parties have communicated regarding this Stipulation and agree that an extension of time to and until April 1, 2022 is appropriate under the circumstances.

.   .   .

.   .   .

.   .   .

.   .   .

.   .   .

.   .   .

.   .   .

.   .   .

.   .   .

1    The parties respectfully request the Court approve this Stipulation.

2

3    /s/ *Kris Leonhardt*                          /s/ *Paul S. Padda*

4    _____                      _____
     Pavneet S. Uppal, Esq.                        Kathleen Bliss, Esq.
5    Kris Leonhardt, Esq.                          Paul S. Padda, Esq.
     Jeffrey D. Winchester, Esq                    David Stander, Esq.
6    *Counsel for all named Defendants*            Douglass A. Mitchell, Esq.
                                                   *Counsel for Plaintiff,*
7    Dated:  March 21, 2022                        *Counterdefendant and Third-Party*
                                                   *Defendants*
8

9                                                  Dated:  March 21, 2022

10

11                         **IT IS SO ORDERED:**

12

13

14                         **UNITED STATES MAGISTRATE JUDGE**

15

16                         **DATED:  March 22, 2022**

17

18

19

20

21

22

23

24

25

26

27

28

                                    3