KATHLEEN BLISS, ESQ. (NV Bar #7606)
Email: kb@kathleenblisslaw.com
**KATHLEEN BLISS LAW, PLLC**
1070 West Horizon Ridge Parkway, Suite 202
Henderson, Nevada  89012
Tele: (702) 463-9074
-and-
PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
DAVID J. STANDER, ESQ. (*Admitted PHV*)
Email: dstanderlaw@gmail.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
-and-
DOUGLASS A. MITCHELL, ESQ. (NV Bar #3775)
Email: dmitchell@jenner.com
**JENNER & BLOCK, LLP**
1099 New York Avenue, N.W., Suite 900
Washington, D.C.  20001-4412
Tele: (202) 639-6090

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), AHMAD R. RAZAGHI; individually, TAUSIF HASAN; individually, DOES 1-10;<br><br>Defendants. | Case No.  2:19-cv-0329-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION TO STAY DISCOVERY AND FOR RULE 11 SANCTIONS**<br><br>**(THIRD REQUEST)** |

1

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6 and the Court's Local Rule of Civil Practice 7-1, the parties hereby stipulate, subject to the Court's approval, to permit Plaintiff additional time, to and until <u>April 15, 2022</u>, to respond to Defendant's motion to stay discovery (ECF No. 170) and to their FRCP 11 sanctions motion (ECF No. 174). Presently, Plaintiff's responses to the referenced motions are due today, April 8, 2022. This is the parties' third request for extension of time related to the above-referenced motions.

In support of this Stipulation, the parties agree to the following:

1. The parties have communicated regarding the pending motions and agree that good cause exists to support the extension. As communicated by Plaintiff's counsel to counsel for Defendants, Plaintiff has substantially completed the response to the Rule 11 motion but additional time is needed to coordinate its proper review and filing. This will be difficult under the current deadline because Kathleen Bliss, Esq. is out of town on a family matter and Paul S. Padda, Esq. has been busy the last three days preparing for a sentencing hearing in a federal criminal matter while also attending a deposition that required his time and attention.

2. Counsel for the respective parties have communicated regarding this Stipulation and agree that an extension of time to permit the following is appropriate:

   a. Plaintiff shall respond to the motion to stay discovery on or before April 15, 2022.

   b. Plaintiff shall respond to the motion for FRCP 11 sanctions on or before April 15, 2022.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

1  The parties respectfully request the Court approve this Stipulation.

2

3  /s/ *Kris Leonhardt*                                      /s/ *Paul S. Padda*

4  _____          _____
   Pavneet S. Uppal, Esq.                                  Kathleen Bliss, Esq.
5  Kris Leonhardt, Esq.                                    Paul S. Padda, Esq.
   Jeffrey D. Winchester, Esq                              David Stander, Esq.
6  *Counsel for all named Defendants*                      Douglass A. Mitchell, Esq.
                                                           *Counsel for Plaintiff,*
7  Dated:  April 8, 2022                                   *Counterdefendant and Third-Party*
                                                           *Defendants*
8

9                                                          Dated:  April 8, 2022

10

11                                         **IT IS SO ORDERED:**

12

13                                         _____
14                                         **UNITED STATES MAGISTRATE JUDGE**

15

16                                         **DATED: April 8th, 2022**

17

18

19

20

21

22

23

24

25

26

27

28

3