Jeffrey Winchester, NV Bar No. 10279
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
Fax: (702) 252-7411
jwinchester@fisherphillips.com

Pavneet Singh Uppal, AZ SBN 016805 *(Admitted Pro Hac Vice)*
Kris Leonhardt, AZ SBN 026401 *(Admitted Pro Hac Vice)*
Nermana Pehlic, AZ SBN 035240 *(Admitted Pro Hac Vice)*
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
kleonhardt@fisherphillips.com
npehlic@fisherphillips.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), et al.,<br><br>Defendants. | Case No. 2:19-cv-00329-GMN-EJY<br><br>**JOINT STIPULATION REGARDING DEFENDANTS' MOTION TO STAY DISCOVERY** |

IT IS HEREBY STIPULATED AND AGREED that the Motion to Stay Discovery (ECF No. 170) filed by Defendants Razaghi Development Company, LLC, Ahmad Razaghi, and Tausif Hasan (collectively, "Defendants") shall be considered moot given the Court's recent Order (ECF No. 178) ruling on Defendants' Motion to Dismiss Second Amended

1  Complaint (ECF No. 147), without prejudice to Defendant re-submitting said request to stay
2  discovery as appropriate once Plaintiff has submitted an amended complaint. This Court has
3  already granted the parties' prior Stipulation that they shall submit a proposed discovery
4  plan 14-days after Plaintiff files its amended complaint. Based on this information, the
5  parties agree that Plaintiff need not provide a response to Defendants' Motion to Stay
6  Discovery unless or until said motion is re-submitted by Defendants in the future.

   The parties have so stipulated.

   RESPECTFULLY SUBMITTED this 18th day of April 2022.

| /s/ Paul Padda *(with permission)* | /s/ Kris Leonhardt |
|---|---|
| Kathleen Bliss, Esq. | Pavneet Singh Uppal, Esq. |
| Paul S. Padda, Esq. | Kris Leonhardt, Esq. |
| David Stander, Esq. | Nermana Pehlic, Esq. |
| Douglass A. Mitchell, Esq. | Jeffrey D. Winchester, Esq. |
| *Counsel for Plaintiff, Counterdefendant and Third-Party Defendants* | *Counsel for Defendants* |

IT IS SO ORDERED that the Joint Stipulation Regarding Defendants' Motion to Stay Discovery (ECF No. 184) is GRANTED.

IT IS FURTHER ORDERED that Defendants' Motion to Stay Discovery (ECF No 170) is DENIED as moot and without prejudice.

_____
U.S. MAGISTRATE JUDGE

Dated: April 19, 2022

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400