KATHLEEN BLISS, ESQ. (NV Bar #7606)
Email: kb@kathleenblisslaw.com
**KATHLEEN BLISS LAW, PLLC**
1070 West Horizon Ridge Parkway, Suite 202
Henderson, Nevada 89012
Tele: (702) 463-9074
-and-
PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
DAVID J. STANDER, ESQ. (*Admitted PHV*)
Email: dstanderlaw@gmail.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
-and-
DOUGLASS A. MITCHELL, ESQ. (NV Bar #3775)
Email: dmitchell@jenner.com
**JENNER & BLOCK, LLP**
1099 New York Avenue, N.W., Suite 900
Washington, D.C. 20001-4412
Tele: (202) 639-6090

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), AHMAD R. RAZAGHI; individually, TAUSIF HASAN; individually, DOES 1-10;<br><br>Defendants. | Case No. 2:19-cv-0329-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE AMENDED COMPLAINT AND FOR DEFENDANTS TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR RULE 11 SANCTIONS**<br><br>**(SECOND REQUEST)** |

1

1       Pursuant to Federal Rule of Civil Procedure ("FRCP") 6 and the Court's Local Rule of
2 Civil Practice 7-1, the parties hereby stipulate, subject to the Court's approval, to permit
3 Plaintiff additional time, to and until <u>May 11, 2022</u>, to file an Amended Complaint in
4 compliance with the Court's Order filed on March 30, 2022.  ECF No. 178.  Additionally, the
5 parties agree to permit Defendants, to and until <u>May 31, 2022</u>, to file a reply to Plaintiff's
6 opposition (ECF No. 183) to Plaintiff's motion for FRCP 11 sanctions (ECF No. 174).
7       Presently, Plaintiff is expected to file an Amended Complaint on or before April 29,
8 2022 and Defendants are expected to file a reply brief on May 20, 2022.  *See* ECF No. 187.
9 This is the parties second request for an extension of time for the reasons cited herein.
10       In support of this Stipulation, the parties rely upon the following:
11       1.  Counsel for Plaintiff have been diligently working on drafting and finalizing an
12 Amended Complaint.  However, part of that process requires verification and investigation of
13 certain facts.  To that end, counsel for Plaintiff need to speak with certain witnesses and
14 coordinate respective schedules in order to do so.  One of those witnesses has been, until
15 recently, unavailable due to other work commitments.  The additional time requested herein will
16 permit counsel for Plaintiff to speak with appropriate witnesses and finalize the Amended
17 Complaint while <u>at the same time</u> meet other case commitments in unrelated cases.
18       2.  Counsel for both parties respectfully request the Court approve this Stipulation and
19 permit the following:
20         a.  Plaintiff shall file an Amended Complaint on or before May 11, 2022;
21         b.  Defendants shall file a reply to Plaintiff's opposition to the FRCP 11 motion on
22 or before May 31, 2022.
23 . . .
24 . . .
25 . . .
26 . . .
27 . . .
28

1     The parties respectfully request the Court approve this Stipulation.

/s/ *Kris Leonhardt*                                /s/ *Paul S. Padda*

| | |
|---|---|
| Pavneet S. Uppal, Esq. | Kathleen Bliss, Esq. |
| Kris Leonhardt, Esq. | Paul S. Padda, Esq. |
| Jeffrey D. Winchester, Esq | David Stander, Esq. |
| *Counsel for all named Defendants* | Douglass A. Mitchell, Esq. |
| | *Counsel for Plaintiff, Counterdefendant and Third-Party Defendants* |
| Dated: April 27, 2022 | |
| | Dated: April 27, 2022 |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: April 27th, 2022**