Jeffrey Winchester, NV Bar No. 10279
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
Fax: (702) 252-7411
jwinchester@fisherphillips.com

Pavneet Singh Uppal, AZ SBN 016805 *(Admitted Pro Hac Vice)*
Kris Leonhardt, AZ SBN 026401 *(Admitted Pro Hac Vice)*
Nermana Pehlic, AZ SBN 035240 *(Admitted Pro Hac Vice)*
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
kleonhardt@fisherphillips.com
npehlic@fisherphillips.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), et al.,<br><br>Defendants. | Case No. 2:19-cv-00329-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT [ECF NO. 192] AND TO FILE REPLY IN SPPORT OF DEFENDANTS' MOTION FOR RULE 11 SANCTIONS [ECF NO. 174]**<br><br>**(FIRST REQUEST REGARDING THIRD AMENDED COMPLAINT AND FOURTH REQUEST REGARDING REPLY TO MOTION FOR RULE 11 SANCTIONS)** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to FRCP 6 and LR IA 6-1 and subject to this Court's approval, that Defendants Razaghi Development Company,

1  LLC, Ahmad Razaghi, and Tausif Hasan (collectively "Defendants") shall have an
2  extension of time, up to and including July 22, 2022 to respond to or otherwise answer
3  Plaintiff's Third Amended Complaint (ECF No. 192 filed May 20, 2022). The parties also
4  stipulate and agree that Defendants shall have up to and including June 24, 2022 to submit
5  their reply in support of Defendants' Motion for Rule 11 Sanctions (ECF No. 174 filed
6  March 10, 2022).

7  The parties stipulate to the above extensions due to defense counsels' current case
8  load and in consideration of the complexity of the issues in this case and the length and
9  breadth of the Third Amended Complaint. Specifically, the Third Amended Complaint is
10 132 pages with 278 numbered paragraphs, not including subparts. Defendants require
11 additional time to evaluate the allegations and prepare their response thereto. This is the first
12 request to extend Defendants' deadline to respond to the Third Amended Complaint.

13 Further, because Defendants' Motion for Rule 11 Sanctions is based upon
14 allegations in the complaint(s), Defendants need additional time to prepare their reply in
15 support of that motion given the filing of the Third Amended Complaint and the new
16 allegations raised therein. Although this is the fourth requested extension of this deadline,
17 because the allegations in the Motion for Rule 11 Motion are tied to the complaint(s) as
18 stated herein, the first three extensions were submitted in conjunction with and due to
19 Plaintiff's request to extend its deadline to file the Third Amended Complaint. This is the
20 first requested extension after Plaintiff filed the Third Amended Complaint. Further,
21 Defense counsel seeks the requested extension due to an illness in counsel's family which
22 has required him to be away from the office for the past several weeks.

23 This request is made in good faith and not for the purpose of delay. Neither party
24 will be prejudiced by the requested extension.
25 / / /
26 / / /
27 / / /
28 / / /

FP 44139582.1

1   For the reasons set forth above, the parties ask the Court to approve this stipulation
2   and the following deadlines:

3   a.  Defendants shall have up to and including **July 22, 2022** to respond to or otherwise answer the Third Amended Complaint (ECF No. 192);

5   b.  Defendants shall have up to and including **June 24, 2022** to submit their reply in support of Defendants' Motion for Rule 11 Sanctions (ECF No. 174).

The parties have so stipulated.

RESPECTFULLY SUBMITTED this 1st day of June 2022.

/s/ Paul Padda *(with permission)*　　　　/s/ Kris Leonhardt
Kathleen Bliss, Esq.　　　　　　　　　　Pavneet Singh Uppal, Esq.
Paul S. Padda, Esq.　　　　　　　　　　Kris Leonhardt, Esq.
David Stander, Esq.　　　　　　　　　　Nermana Pehlic, Esq.
Douglass A. Mitchell, Esq.　　　　　　　Jeffrey D. Winchester, Esq.
*Counsel for Plaintiff, Counterdefendant*　　*Counsel for Defendants*
*and Third-Party Defendants*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 2, 2022