KATHLEEN BLISS, ESQ. (NV Bar #7606)
Email: kb@kathleenblisslaw.com
**KATHLEEN BLISS LAW, PLLC**
1070 West Horizon Ridge Parkway, Suite 202
Henderson, Nevada  89012
Tele: (702) 463-9074
-and-
PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
DAVID J. STANDER, ESQ. (*Admitted PHV*)
Email: dstanderlaw@gmail.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
-and-
DOUGLASS A. MITCHELL, ESQ. (NV Bar #3775)
Email: dmitchell@jenner.com
**JENNER & BLOCK, LLP**
1099 New York Avenue, N.W., Suite 900
Washington, D.C.  20001-4412
Tele: (202) 639-6090

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NAVAJO HEALTH FOUNDATION – SAGE
MEMORIAL HOSPITAL, INC. (doing
business as "Sage Memorial Hospital"); an
Arizona non-profit corporation,

                    Plaintiff,

     vs.

RAZAGHI DEVELOPMENT COMPANY,
LLC; a Nevada limited liability company
(doing business as "Razaghi Healthcare"),
AHMAD R. RAZAGHI; individually, TAUSIF
HASAN; individually, DOES 1-10;

                    Defendants.

Case No.  2:19-cv-0329-GMN-EJY

**JOINT STIPULATION TO EXTEND
PLAINTIFF'S TIME TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S THIRD AMENDED
COMPLAINT**

**(SECOND REQUEST)**

1

1          Pursuant to Federal Rule of Civil Procedure ("FRCP") 6 and the Court's Local Rule of

2    Civil Practice 7-1, the parties hereby stipulate, subject to the Court's approval, to permit

3    Plaintiff additional time, to and until September 19, 2022, to respond to Defendant's motion to

4    dismiss (ECF No. 201) Plaintiff's Third Amended Complaint (ECF No. 192).  Presently,

5    Plaintiff's response to the motion to dismiss is due on September 16, 2022.  This is Plaintiff's

6    second request for an extension of time for the reasons cited herein.

7          In support of this Stipulation, the parties agree to the following:

8          1.   Good cause exists to support this request for additional time.  Plaintiff's counsel,

9    Paul Padda, has communicated to undersigned defense counsel that the response to Defendants'

10   motion to dismiss the Third Amended Complaint has been completed but one additional

11   business day is needed for his co-counsel to review the document.  Currently, Kathleen Bliss,

12   Esq. is in Reno, Nevada representing a client in a federal jury trial.  Mr. Padda's other co-

13   counsel are currently reviewing the response but will need an additional day to submit

14   comments and have any proposed additions incorporated into the final submission.

15         2.   Counsel for the respective parties have communicated regarding this Stipulation and

16   agree that an extension of time of one business day, to and until September 19, 2022,  to permit

17   Plaintiff to file its response to the pending dispositive motion is appropriate under the

18   circumstances.

19   .   .   .

20   .   .   .

21   .   .   .

22   .   .   .

23   .   .   .

24   .   .   .

25   .   .   .

26   .   .   .

27   .   .   .

28

1  | The parties respectfully request the Court approve this Stipulation.

2

3  | /s/ *Kris Leonhardt*                      /s/ *Paul S. Padda*

4  | _____                 _____
   | Pavneet S. Uppal, Esq.                    Kathleen Bliss, Esq.
5  | Kris Leonhardt, Esq.                      Paul S. Padda, Esq.
   | Jeffrey D. Winchester, Esq                David Stander, Esq.
6  | *Counsel for all named Defendants*        Douglass A. Mitchell, Esq.
   |                                           *Counsel for Plaintiff,*
7  | Dated:  September 16, 2022                 *Counterdefendant and Third-Party*
   |                                           *Defendants*
8

9  |                                           Dated:  September 16, 2022

10

11

12

13 |                                           **IT IS SO ORDERED.**

14 |                                           Dated this __16__ day of September, 2022

15

16 |                                           _____

17 |                                           Gloria M. Navarro, District Judge
   |                                           UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25

26

27

28

3