Jeffrey Winchester, NV Bar No. 10279
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
Fax: (702) 252-7411
jwinchester@fisherphillips.com

Pavneet Singh Uppal, AZ SBN 016805 *(Admitted Pro Hac Vice)*
Kris Leonhardt, AZ SBN 026401 *(Admitted Pro Hac Vice)*
Nermana Pehlic, AZ SBN 035240 *(Admitted Pro Hac Vice)*
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
kleonhardt@fisherphillips.com
npehlic@fisherphillips.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), et al.,<br><br>Defendants. | Case No. 2:19-cv-00329-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT, MOTION TO STRIKE PORTIONS OF THIRD AMENDED COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT [ECF NO. 201]**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to FRCP 6 and LR IA 6-1 and subject to this Court's approval, that Defendants Razaghi Development Company,

1  LLC, Ahmad Razaghi, and Tausif Hasan (collectively "Defendants") shall have an
2  extension of time, up to and including October 21, 2022 to submit their reply in support of
3  Defendants' Motion to Dismiss Third Amended Complaint, Motion to Strike Portions of
4  Third Amended Complaint, or in the Alternative, Motion for a More Definite Statement
5  ("Motion to Dismiss") (ECF No. 201 filed August 19, 2022).

6        The parties stipulate to the above extension because lead defense counsel, Kris
7  Leonhardt, was in an accident on September 21, 2022 which will require surgery. The
8  additional time requested herein will permit Ms. Leonhardt time to recover from her
9  accident and surgery, attend to personal matters, and meet current deadlines in other matters,
10 as well as respond to the issues raised in Plaintiff's response. This is the first request to
11 extend Defendants' deadline to file their reply in support of Defendants' Motion to Dismiss.

12       This request is made in good faith and not for the purpose of delay. Neither party
13 will be prejudiced by the requested extension.

14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

2

FP 45267806.1

For the reasons set forth above, the parties ask the Court to approve this stipulation and allow Defendants up to and including **October 21, 2022** to submit their reply in support of Defendants' Motion to Dismiss Third Amended Complaint, Motion to Strike Portions of Third Amended Complaint, or in the Alternative, Motion for a More Definite Statement (ECF No. 201). The parties have so stipulated.

RESPECTFULLY SUBMITTED this 22nd day of September 2022.

| | |
|---|---|
| /s/  Paul S. Padda *(with permission)* | /s/ Nermana Pehlic |
| Kathleen Bliss, Esq. | Pavneet Singh Uppal, Esq. |
| Paul S. Padda, Esq. | Kris Leonhardt, Esq. |
| David Stander, Esq. | Nermana Pehlic, Esq. |
| Douglass A. Mitchell, Esq. | Jeffrey D. Winchester, Esq. |
| *Counsel for Plaintiff, Counterdefendant and Third-Party Defendants* | *Counsel for Defendants* |

**IT IS SO ORDERED.**

Dated this __22__ day of September, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

This is to certify that on September 22, 2022, the undersigned, an employee of Fisher & Phillips LLP, electronically filed the Joint Stipulation to Extend Time for Defendants to Respond to Plaintiff's Third Amended Complaint [ECF No. 192] with the U.S. District Court, and a copy was electronically transmitted from the Court to the e-mail address on file for:

Kathleen Bliss, Esq.
KATHLEEN BLISS LAW, PLLC
1070 West Horizon Ridge Parkway, Suite 202
Henderson, NV 89012
kb@kathleenblisslaw.com

David Joel Stander
Law Office of David J. Stander LLC
10112 Burton Glen Drive
Potomac, MD 20850
dstanderlaw@gmail.com

Paul S. Padda, Esq.
PAUL PADDA LAW, PLLC
4030 S. Jones Boulevard, Unit 30370
Las Vegas, NV 89173
psp@paulpaddalaw.com

Douglass A. Mitchell, Esq.
JENNER & BLOCK
1099 New York Ave, NW
Suite 900
Washington, DC 20001-4412
dmitchell@jenner.com

*Attorneys for Plaintiff, Counterdefendant and Third-Party Defendants*

/s/ *Kathy Meyer*
An employee of Fisher & Phillips LLP

4

FP 45267806.1