KATHLEEN BLISS, ESQ. (NV Bar #7606)
Email: kb@kathleenblisslaw.com
**KATHLEEN BLISS LAW, PLLC**
1070 West Horizon Ridge Parkway, Suite 202
Henderson, Nevada 89012
Tele: (702) 463-9074
**-and-**
PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
DAVID J. STANDER, ESQ. (*Admitted PHV*)
Email: dstanderlaw@gmail.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
**-and-**
DOUGLASS A. MITCHELL, ESQ. (NV Bar #3775)
Email: dmitchell@jenner.com
**JENNER & BLOCK, LLP**
1099 New York Avenue, N.W., Suite 900
Washington, D.C. 20001-4412
Tele: (202) 639-6090

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation, | Case No. 2:19-cv-0329-GMN-EJY |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO EXTEND THIRD-PARTY DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED THIRD-PARTY CLAIMS** |
| RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), AHMAD R. RAZAGHI; individually, TAUSIF HASAN; individually, DOES 1-10; | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6 and the Court's Local Rule of Civil Practice 7-1, the parties hereby stipulate, subject to the Court's approval, to permit Third-Party Defendants Christi El-Meligi and Netrisha Dalgai additional time, to and until <u>December 30, 2022,</u> to respond to "Defendant RDC's Counterclaims And Second Amended Third-Party Claims" filed by Razaghi Development Company, LLC ("RDC") on November 29, 2022. ECF No. 217.

In support of this Stipulation, the parties rely upon the following:

1.  Undersigned counsel for Ms. El-Meligi and Ms. Dalgai (Paul Padda) is currently in trial which is not scheduled to conclude until December 15, 2022. Additionally, his co-counsel in this matter, are also very busy with competing case commitments during this same time-period. In light of the foregoing, respective counsel for the parties to this stipulation have communicated regarding this matter and agree that additional time is warranted under the circumstances.

2.  Counsel for both parties respectfully request the Court approve this Stipulation and permit Ms. El-Meligi and Ms. Dalgai to respond to RDC's November 29, 2022 filing on or before December 30, 2022.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

1          The parties respectfully request the Court approve this Stipulation.

2

3    /s/ *Kris Leonhardt*                                    /s/ *Paul S. Padda*
     _____                         _____
4    Pavneet S. Uppal, Esq.                                  Kathleen Bliss, Esq.
     Kris Leonhardt, Esq.                                    Paul S. Padda, Esq.
5    Jeffrey D. Winchester, Esq                              David Stander, Esq.
6    *Counsel for Razaghi Development Company, LLC*          Douglass A. Mitchell, Esq.
                                                             *Counsel for*
7    Dated: December 13, 2022                                *Third-Party Defendants*

8                                                            Dated: December 13, 2022

9

10

11                          **IT IS SO ORDERED:**

12

13

14                          **UNITED STATES MAGISTRATE JUDGE**

15

16                          **DATED:  December 14, 2022**

17

18

19

20

21

22

23

24

25

26

27

28

                                    3