**LEWIS BRISBOIS BISGAARD & SMITH** LLP
MARC S. CWIK
Nevada Bar No. 006946
Marc.Cwik@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for Stephen D. Hoffman; and Lewis Brisbois Bisgaard & Smith LLP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION - SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), AHMAD R. RAZAGHI; individually, TAUSIF HASAN; individually, DOES 1-10; ROES A-Z,<br><br>Defendants.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; an Arizona limited liability company,,<br><br>Counterclaimant and Third-Party Plaintiff,<br><br>vs.<br><br>CHRISTI EL-MELIGI; an unmarried person, NETRISHA DALGAI; an unmarried person, STEPHEN D. HOFFMAN and JANE DOE HOFFMAN; a married couple, LEWIS BRISBOIS BISGAARD & SMITH, LLP; a California Limited Liability Partnership,,<br><br>Third Party Defendants. | Case No. 2:19-cv-00329-GMN-EJY<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT**<br><br>**[FIRST REQUEST]** |

and

NAVAJO HEALTH FOUNDATION - SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,

Counterdefendant.

Third-Party Plaintiff RAZAGHI DEVELOPMENT COMPANY, LLC (hereinafter "RDC") and Third-Party Defendant LEWIS BRISBOIS BISGAARD & SMITH LLP (hereinafter "Lewis Brisbois"), through their respective counsel, hereby submits the following Stipulation to Extend Time to File Response to Second Amended Third-Party Claims:

**RECITALS**

WHEREAS, RDC filed its Second Amended Third-Party Claims [ECF No. 217] on November 29, 2022;

WHEREAS, Lewis Brisbois' Las Vegas office received RDC's Summons and Second Amended Third-Party Claims on or about December 9, 2022;

WHEREAS, on December 27, 2022, counsel for Lewis Brisbois contacted counsel for RDC and requested an extension until January 16, 2023 for Lewis Brisbois to file a response to the Second Amended Third-Party Claims, due to pendency of the holiday season and to allow sufficient time to review RDC's allegations;

NOW, THEREFORE, RDC and Lewis Brisbois hereby enter into the following stipulation:

**STIPULATION**

1. Lewis Brisbois shall have up to and including Monday, January 16, 2023, in which to file a response to RDC's Second Amended Third-Party Claims.

2. The stipulated extension of time for Lewis Brisbois to file a response to RDC's Second Amended Third-Party Claims does not operate as any admission against interest by RDC, nor does it operate as a waiver of any objection or defense that Lewis Brisbois may have with regard to the claims set forth in the Second Amended Third-Party Claims [ECF No. 217], to the jurisdiction or venue of this Court, or to service and service of process.



4885-9302-0742.1     2     Case No. 2:19-cv-00329-GMN-EJY

1  This is Lewis Brisbois' first request for an extension. RDC and Lewis Brisbois' stipulation is not intended for an improper purpose or to cause delay, but is the result of good faith discussions between counsel.

DATED this 29th day of December, 2022.   DATED this 29th day of December, 2022.

**FISHER & PHILLIPS LLP**   **LEWIS BRISBOIS BISGAARD & SMITH LLP**


 /s/   Kris Leonhardt     /s/      Marc S. Cwik
Jeffrey Winchester, NV Bar No. 10279   MARC S. CWIK, ESQ.
300 S. Fourth Street, Suite 1500   Nevada Bar No. 6946
Las Vegas, Nevada 89101   6385 S. Rainbow Boulevard, Suite 600
Telephone: (702) 862-3868   Las Vegas, NV 89118
Fax: (702) 252-7411   marc.cwik@lewisbrisbois.com
jwinchester@fisherphillips.com

*Attorneys for Third-Party Defendant Lewis Brisbois Bisgaard & Smith LLP*

Pavneet Singh Uppal, AZ SBN 016805
*(Admitted Pro Hac Vice)*
Kris Leonhardt, AZ SBN 026401
*(Admitted Pro Hac Vice)*
Nermana Pehlic, AZ SBN 035240
*(Admitted Pro Hac Vice)*
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
puppal@fisherphillips.com
kleonhardt@fisherphillips.com
npehlic@fisherphillips.com

*Attorneys for Third-Party Plaintiff Razaghi Development Company, LLC*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 29, 2022

4885-9302-0742.1   3   Case No. 2:19-cv-00329-GMN-EJY