KATHLEEN BLISS, ESQ. (NV Bar #7606)
Email: kb@kathleenblisslaw.com
**KATHLEEN BLISS LAW, PLLC**
1070 West Horizon Ridge Parkway, Suite 202
Henderson, Nevada  89012
Tele: (702) 463-9074
**-and-**
PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
DAVID J. STANDER, ESQ. (*Admitted PHV*)
Email: dstanderlaw@gmail.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
**-and-**
DOUGLASS A. MITCHELL, ESQ. (NV Bar #3775)
Email: dmitchell@jenner.com
**JENNER & BLOCK, LLP**
1099 New York Avenue, N.W., Suite 900
Washington, D.C.  20001-4412
Tele: (202) 639-6090

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation, | |
| Plaintiff, | Case No.  2:19-cv-0329-GMN-EJY |
| vs. | |
| RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), AHMAD R. RAZAGHI; individually, TAUSIF HASAN; individually, DOES 1-10; | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS AND SECOND AMENDED THIRD-PARTY CLAIMS** **(SECOND REQUEST)** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6 and the Court's Local Rule of Civil Practice 7-1, the parties hereby stipulate, subject to the Court's approval, to permit Third-Party Defendants, Christi El-Meligi and Netrisha Dalgai additional time, to and until <u>January 11, 2023</u>, to respond to "Defendant RDC's Counterclaims And Second Amended Third-Party Claims" filed by Razaghi Development Company, LLC ("RDC") on November 29, 2022.  ECF No. 217.

In support of this Stipulation, the parties rely upon the following:

1.  Ms. El-Meligi and Ms. Dalgai are no longer employed by Sage Memorial Hospital.  Accordingly, additional time has been required to contact them and discuss the allegations in the Second Amended Third-Party Claims filing.  Because of the holiday schedule and competing commitments, additional time will be needed to properly review the allegations being asserted by RDC with Ms. El-Meligi and Ms. Dalgai and respond to those allegations.

Counsel for both parties respectfully request the Court approve this Stipulation and permit Third-Party Defendants, Ms. El-Meligi and Ms. Dalgai to respond to RDC's November 29, 2022 filing on or before January 11, 2023.

.   .   .
.   .   .
.   .   .
.   .   .
.   .   .
.   .   .
.   .   .
.   .   .
.   .   .
.   .   .
.   .   .
.   .   .
.   .   .

1

2          The parties respectfully request the Court approve this Stipulation.

3

4     /s/ *Kris Leonhardt*                                    /s/ *Paul S. Padda*

5     _____              _____
      Pavneet S. Uppal, Esq.                                   Kathleen Bliss, Esq.
6     Kris Leonhardt, Esq.                                       Paul S. Padda, Esq.
      Jeffrey D. Winchester, Esq                             David Stander, Esq.
7     *Counsel for Razaghi Development Company, LLC*   Douglass A. Mitchell, Esq.
                                                                      *Counsel for Plaintiff,*
8     Dated:  December 30, 2022                          *Counterdefendant and Third-Party*
                                                                      *Defendants*
9

10                                                                 Dated:  December 30, 2022

11

12                              **IT IS SO ORDERED:**

13

14

15                              _____
                                **UNITED STATES MAGISTRATE JUDGE**
16

17                              **DATED:  December 30, 2022**

18

19

20

21

22

23

24

25

26

27

28

                                              3