**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MARC S. CWIK
Nevada Bar No. 006946
Marc.Cwik@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for Third-Party Defendants Stephen D. Hoffman; Lewis Brisbois Bisgaard & Smith LLP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION - SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), AHMAD R. RAZAGHI; individually, TAUSIF HASAN; individually, DOES 1-10; ROES A-Z,<br><br>Defendants. | Case No. 2:19-cv-00329-GMN-EJY<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT**<br><br>**[SECOND REQUEST]** |
| RAZAGHI DEVELOPMENT COMPANY, LLC; an Arizona limited liability company,<br><br>Counterclaimant and<br>Third-Party Plaintiff,<br>vs.<br><br>CHRISTI EL-MELIGI; an unmarried person, NETRISHA DALGAI; an unmarried person, STEPHEN D. HOFFMAN and JANE DOE HOFFMAN; a married couple, LEWIS BRISBOIS BISGAARD & SMITH, LLP; a California Limited Liability Partnership, | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| Third Party Defendants.<br><br>and<br><br>NAVAJO HEALTH FOUNDATION - SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,<br><br>Counterdefendant. | |

Third-Party Plaintiff RAZAGHI DEVELOPMENT COMPANY, LLC (hereinafter "RDC") and Third-Party Defendant LEWIS BRISBOIS BISGAARD & SMITH LLP (hereinafter "Lewis Brisbois"), through their respective counsel, hereby submits the following Stipulation to Extend Time to File Response to Second Amended Third-Party Claims (Second Request):

**RECITALS**

WHEREAS, RDC filed its Second Amended Third-Party Claims [ECF No. 217] on November 29, 2022;

WHEREAS, Lewis Brisbois' Las Vegas office received RDC's Summons and Second Amended Third-Party Claims on or about December 9, 2022;

WHEREAS, on December 27, 2022, counsel for Lewis Brisbois contacted counsel for RDC (collectively "counsel for the parties") and requested an extension until January 16, 2023 for Lewis Brisbois to file a response to the Second Amended Third-Party Claims, due to pendency of the holiday season and to allow sufficient time to review RDC's allegations; this stipulation was agreed to between counsel [ECF No. 222] and this Court granted the parties' Stipulation [ECF No. 223];

WHEREAS, on January 5, 2023, counsel for the parties attended a telephone conference to discuss RDC's third-party claims, and it was determined that additional time will be necessary for Lewis Brisbois to evaluate the information provided by counsel for RDC beyond the current due date for Lewis Brisbois to file a response to the Second Amended Third-Party Claims;

NOW, THEREFORE, RDC and Lewis Brisbois hereby enter into the following stipulation:

**STIPULATION**

1.    Lewis Brisbois shall have up to and including Tuesday, January 31, 2023, in which

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  to file a response to RDC's Second Amended Third-Party Claims.

2       2.    The stipulated extension of time for Lewis Brisbois to file a response to RDC's

3  Second Amended Third-Party Claims does not operate as any admission against interest by RDC,

4  nor does it operate as a waiver of any objection or defense that Lewis Brisbois may have with regard

5  to the claims set forth in the Second Amended Third-Party Claims [ECF No. 217], to the jurisdiction

6  or venue of this Court, or to service and service of process.

7  / / /

8  / / /

9  / / /

10  / / /

11  / / /

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4878-6918-2280.1                           3                Case No. 2:19-cv-00329-GMN-EJY

1       This is Lewis Brisbois' second request for an extension. RDC and Lewis Brisbois'

2   stipulation is not intended for an improper purpose or to cause delay, but is the result of good faith

3   discussions between counsel.

4   DATED this 13th day of January, 2023.      DATED this 13th day of January, 2023.

5   **FISHER & PHILLIPS LLP**      **LEWIS BRISBOIS BISGAARD & SMITH LLP**

6

7

8   /s/   *Kris Leonhardt*      /s/   *Marc S. Cwik*
     Jeffrey Winchester, NV Bar No. 10279      MARC S. CWIK, ESQ.

9   300 S. Fourth Street, Suite 1500      Nevada Bar No. 6946
     Las Vegas, Nevada 89101      6385 S. Rainbow Boulevard, Suite 600

10  Telephone: (702) 862-3868      Las Vegas, NV 89118
     Fax: (702) 252-7411      marc.cwik@lewisbrisbois.com

11  jwinchester@fisherphillips.com

12  Pavneet Singh Uppal, AZ SBN 016805      *Attorneys for Third-Party Defendants Stephen*
     *(Admitted Pro Hac Vice)*      *D. Hoffman; Lewis Brisbois Bisgaard & Smith*

13  Kris Leonhardt, AZ SBN 026401      *LLP*
     *(Admitted Pro Hac Vice)*

14  Nermana Pehlic, AZ SBN 035240
     *(Admitted Pro Hac Vice)*

15  3200 N. Central Avenue, Suite 1550
     Phoenix, Arizona 85012-2487

16  puppal@fisherphillips.com

17  kleonhardt@fisherphillips.com
     npehlic@fisherphillips.com

18

19  *Attorneys for Third-Party Plaintiff Razaghi*
     *Development Company, LLC*

20

21                                       **ORDER**

22

         **IT IS SO ORDERED.**

23

24

25                       UNITED STATES MAGISTRATE JUDGE

26

          Dated: January 13, 2023

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW