Allison Kheel, NV Bar No. 12986
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
Fax: (702) 252-7411
jwinchester@fisherphillips.com

Pavneet Singh Uppal, AZ SBN 016805 *(Admitted Pro Hac Vice)*
Kris Leonhardt, AZ SBN 026401 *(Admitted Pro Hac Vice)*
Nermana Pehlic, AZ SBN 035240 *(Admitted Pro Hac Vice)*
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
kleonhardt@fisherphillips.com
npehlic@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), et al.,<br><br>Defendants. | Case No. 2:19-cv-00329-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND TIME FOR THIRD-PARTY PLAINTIFF RDC TO RESPOND TO THIRD-PARTY DEFENDANTS' MOTION TO DISMISS THIRD-PARTY CLAIM AGAINST LEWIS BRISBOIS AND STEPHEN D. HOFFMAN [ECF NO. 235]**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to FRCP 6 and LR IA 6-1 and subject to this Court's approval, that Third-Party Plaintiff Razaghi Development Company, LLC, ("RDC") shall have an extension of time from February 14, 2023, up to and including **March 17, 2023** (30 days) to respond to Third-Party Defendants' Motion to Dismiss RDC's Third-Party Claim Against Lewis Brisbois and Stephen D. Hoffman (ECF

No. 235) (the "Motion to Dismiss") filed on January 31, 2023.

The parties stipulate that there is good cause for the requested extension due to RDC's counsels' current case load including Mr. Uppal's upcoming trial in another matter, RDC's availability to assist in preparing the response, the other currently pending deadlines in this matter, and in consideration of the volume and complexity of the issues in this case, including those raised by the Motion to Dismiss. This is the first request to extend RDC's deadline to respond to the Third-Party Defendants' Motion to Dismiss.

This request is made in good faith and not for the purpose of delay. Neither party will be prejudiced by the requested extension.

Third-Party Defendants Lewis Brisbois Bisgaard & Smith LLP and Stephen D. Hoffman ("Third-Party Defendants") will be filing a motion to stay discovery with respect to RDC's Third-Party Complaint during the pendency of the Motion to Dismiss. Nothing in this stipulation shall constitute a waiver of any issues or arguments set forth in the Motion to Dismiss or in Third-Party Defendants' forthcoming motion to stay discovery.

For the reasons set forth above, the parties ask the Court to approve this stipulation and allow Third-Party Plaintiff RDC up to and including **March 17, 2023** to respond to Third-Party Defendants' Motion to Dismiss.

RESPECTFULLY SUBMITTED this 8th day of February 2023.

| /s/ Joel Z. Schwarz (with permission) | /s/ Kris Leonhardt |
|---|---|
| Joel Z. Schwarz, Esq. | Pavneet Singh Uppal, Esq. |
| *Counsel for Third-Party Defendants* | Kris Leonhardt, Esq. |
| | Nermana Pehlic, Esq. |
| | Jeffrey D. Winchester, Esq. |
| | *Counsel for Defendants, Counterplaintiffs, and Third-Party Plaintiffs* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 9, 2023

2

FP 46274041.1 LBBS redline