KATHLEEN BLISS, ESQ. (NV Bar #7606)
Email: kb@kathleenblisslaw.com
**KATHLEEN BLISS LAW, PLLC**
1070 West Horizon Ridge Parkway, Suite 202
Henderson, Nevada  89012
Tele: (702) 463-9074
**-and-**
PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
DAVID J. STANDER, ESQ. (*Admitted PHV*)
Email: dstanderlaw@gmail.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
**-and-**
DOUGLASS A. MITCHELL, ESQ. (NV Bar #3775)
Email: dmitchell@jenner.com
**JENNER & BLOCK, LLP**
1099 New York Avenue, N.W., Suite 900
Washington, D.C.  20001-4412
Tele: (202) 639-6090

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NAVAJO HEALTH FOUNDATION – SAGE
MEMORIAL HOSPITAL, INC. (doing
business as "Sage Memorial Hospital"); an
Arizona non-profit corporation,

                      Plaintiff,

        vs.

RAZAGHI DEVELOPMENT COMPANY,
LLC; a Nevada limited liability company
(doing business as "Razaghi Healthcare"),
AHMAD R. RAZAGHI; individually, TAUSIF
HASAN; individually, DOES 1-10;

                      Defendants.

Case No.  2:19-cv-0329-GMN-EJY

**JOINT STIPULATION TO EXTEND
CHRISTIE EL-MELIGI AND
NETRISHA DALGAI'S TIME TO
RESPOND TO MOTION TO
TRANSFER VENUE**

**(FIRST REQUEST)**

1

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6 and the Court's Local Rule of Civil Practice 7-1, the parties hereby stipulate, subject to the Court's approval, to permit Christi El-Meligi and Netrisha Dalgai (Third Party Defendants) additional time, to and until March 10, 2023 to respond to Defendants' motion to transfer venue (ECF No. 245) to the District of Arizona.  Currently, a response to the pending motion is due on February 24, 2023.

Good cause exists to support this request.  Undersigned counsel for Mss. El-Meligi and Dalgai have notified counsel for Defendants that their clients are in the process of retaining new counsel and that they will need additional time to respond to the pending motion.

Counsel for the respective parties have communicated regarding this Stipulation and agree that an extension of time of two additional weeks, to and until March 10, 2023, to respond to the pending motion to transfer is appropriate under the circumstances.

The parties respectfully request the Court approve this Stipulation.

/s/ *Kris Leonhardt*
_____
Pavneet S. Uppal, Esq.
Kris Leonhardt, Esq.
Jeffrey D. Winchester, Esq
*Counsel for all named Defendants*

Dated:  February 23, 2023

/s/ *Paul S. Padda*
_____
Kathleen Bliss, Esq.
Paul S. Padda, Esq.
David Stander, Esq.
Douglass A. Mitchell, Esq.
*Counsel for Plaintiff,
Counterdefendant and Third-Party
Defendants*

Dated:  February 23, 2023

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:  February 24, 2023**

2