DICKINSON WRIGHT PLLC
JUSTIN J. BUSTOS
Nevada Bar No. 10320
100 West Liberty Street
Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (775) 786-0131
Email: jbustos@dickinsonwright.com

DICKINSON WRIGHT PLLC
D. SAMUEL COFFMAN (*will comply with LR IA 11-2 within 14 days*)
Arizona Bar No. 11428
1850 N. Central Avenue
Suite 1400
Phoenix, AZ 85004
Tel: (602) 285-5029
Fax: (844) 670-6009
Email: scoffman@dickinsonwright.com

*Attorneys for Navajo Health Foundation –*
*Sage Memorial Hospital, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"),<br><br>         Plaintiff(s),<br>vs.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC (doing business as "Razaghi Healthcare"); AHMAD R. RAZAGHI; TAUSIF HASAN; DOES 1-10,<br><br>         Defendant(s). | CASE NO.: 2:19-cv-0329-GMN-EJY |

## <u>SUBSTITUTION OF ATTORNEY</u>

1    Navajo Health Foundation – Sage Memorial Hospital, Inc. ("Plaintiff"), hereby

2  substitutes Justin J. Bustos and D. Samuel Coffman (*pro hac vice* to be submitted) of

3  Dickinson Wright PLLC, located at 100 W. Liberty Street, Suite 940, Reno, NV 89501-

4  1991 (775) 343-7500, as attorneys of record in place and stead of Kathleen Bliss, Esq. of

5  Kathleen Bliss Law, PLLC; Paul S. Padda and David J. Stander of Paul Padda Law PLLC;

6  and Douglass A. Mitchell of Jenner & Block, LLP (hereinafter "Present Attorneys").

7

8  DATED: ___February 21___, 2023    

DocuSigned by:

*Debora J. nosler*

———633014E305E1498...———

(Signature of Party)

9

10  I consent to the above substitution

11  DATED: ___February 23___, 2023    */s/ Kathleen Bliss*

12    (Signature of Present Attorney)
   Kathleen Bliss, Esq., Kathleen Bliss Law,

13    PLLC)

14  I consent to the above substitution

15

16  DATED: ___February 23___, 2023    */s/ Paul S. Padda*

17    (Signature of Present Attorney)
   Paul S. Padda, Esq., Paul Padda Law PLLC

18  I consent to the above substitution

19

20  DATED: ___February 23___, 2023    */s/ David J. Stander*

21    (Signature of Present Attorney)
   David J. Stander, Paul Padda Law PLLC

22  I consent to the above substitution

23

24  DATED: ___February 23___, 2023    */s/ Douglass A. Mitchell*

25    (Signature of Present Attorney)
   Douglass A. Mitchell, Esq., Jenner & Block, LLP

26

27

28

1    I am duly admitted to practice in this District.

2    Above substitution accepted.

3

4    DATED: _February 21_, 2023          /s/ Justin J. Bustos
                                         _____
5                                        (Signature of New Attorney)
                                         Justin J. Bustos, Esq., Dickinson Wright PLLC
6

7                                        APPROVED:

8
     DATED: February 23, 2023
9                                        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28