Allison L. Kheel, NV Bar No. 12986
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 862-3817
Fax: (702) 252-7411
akheel@fisherphillips.com

Pavneet Singh Uppal, AZ SBN 016805 *(Admitted Pro Hac Vice)*
Kris Leonhardt, AZ SBN 026401 *(Admitted Pro Hac Vice)*
Nermana Pehlic, AZ SBN 035240 *(Admitted Pro Hac Vice)*
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
kleonhardt@fisherphillips.com
npehlic@fisherphillips.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"); an Arizona non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC; a Nevada limited liability company (doing business as "Razaghi Healthcare"), et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS. | Case No. 2:19-cv-00329-GMN-EJY<br><br>**JOINT STIPULATION TO EXTEND TIME FOR THIRD-PARTY PLAINTIFF RDC TO RESPOND TO THIRD-PARTY DEFENDANTS STEPHEN D. HOFFMAN AND LEWIS BRISBOIS BISGAARD & SMITH LLP'S MOTION TO STAY DISCOVERY REGARDING THIRD-PARTY COMPLAINT DURING PENDENCY OF MOTION TO DISMISS AND MOTION TO TRANSFER VENUE [ECF NO. 246]**<br><br>**(FIRST EXTENSION)** |

FP 46536221.1

1  IT IS HEREBY STIPULATED AND AGREED, pursuant to FRCP 6 and LR IA 6-1 and subject to this Court's approval, that Third-Party Plaintiff Razaghi Development Company, LLC ("RDC") shall have an extension of time from March 8, 2023, up to and **March 22, 2023**, to respond to Third-Party Defendants Stephen D. Hoffman and Lewis Brisbois Bisgaard & Smith LLP's Motion to Stay Discovery Regarding Third-Party Complaint During Pendency of Motion to Dismiss and Motion to Transfer Venue [ECF No. 246] ("Motion to Stay Discovery"). This is the first extension of the deadline referenced herein.

The parties stipulate that there is good cause for the requested extension because RDC will be responding to Third-Party Defendants' Motion to Dismiss RDC's Third-Party Claim Against Lewis Brisbois and Stephen D. Hoffman [ECF No. 235] ("Motion to Dismiss Third-Party Claim") on or before March 17, 2023 and RDC's response to the Motion to Dismiss Third-Party Claim will then be available for the Court to consider in its "preliminary peek" at the merits of the underlying Motion to Dismiss Third-Party Claim. Further, the Motion to Stay also seeks a stay of discovery regarding the Third-Party Complaint until resolution of RDC's Motion to Transfer Venue [ECF No. 245], to which Third-Party Defendants El-Meligi and Dalgai still have until March 10, 2023 to respond. Neither party will be prejudiced by the requested extension, and this request is made in good faith and not for the purpose of delay.

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

FP 46536221.1

1   For the reasons set forth above, the parties ask the Court to approve this stipulation
2   and allow Third-Party Plaintiff RDC up to and including five days after RDC files its
3   response to the Motion to Dismiss Third-Party Claim at ECF No. 235, currently due on
4   March 17, 2023, to respond to Third-Party Defendants' Motion to Stay Discovery at ECF
5   No. 246.

6   RESPECTFULLY SUBMITTED this 7th day of March 2023.

| /s/ Joel Z Schwartz (with permission) | /s/ Kris Leonhardt |
|---|---|
| Joel Z. Schwarz, Esq. | Pavneet Singh Uppal, Esq. |
| *Counsel for Third-Party Defendants Lewis Brisbois and Stephen D. Hoffman* | Kris Leonhardt, Esq. |
| | Nermana Pehlic, Esq. |
| | Allison L. Kheel |
| | *Counsel for Defendants, and Third-Party Plaintiffs* |

Joel Z. Schwarz
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
Joel.schwarz@lewisbrisbois.com
*Attorneys for Third-Party Defendants Lewis Brisbois Bisgaard & Smith LLP and Stephen D. Hoffman*

An employee of Fisher & Phillips LLP
/s/ Michelle C. Colwell

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  March 8, 2023

3

FP 46536221.1