# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NAVAJO HEALTH FOUNDATION – SAGE
MEMORIAL HOSPITAL, INC. (doing
business as "Sage Memorial Hospital"); an
Arizona non-profit corporation,

    Plaintiff,

        vs.

RAZAGHI DEVELOPMENT COMPANY,
LLC; a Nevada limited liability company
(doing business as "Razaghi Healthcare"),
AHMAD R. RAZAGHI; individually, TAUSIF
HASAN; individually, DOES 1-10;

        Defendants.

Case No.  2:19-cv-0329-GMN-EJY

**ORDER GRANTING MOTION TO
EXTEND CHRISTIE EL-MELIGI AND
NETRISHA DALGAI'S TIME TO
RESPOND TO MOTION TO
TRANSFER VENUE**

**(SECOND REQUEST)**

Based on the Motion of Third Party Defendants for a ten-day extension of time within which to respond to the Motion to Transfer Venue by Defendants (ECF No. 245), and for good cause showing,

**IT IS SO ORDERED, nunc pro tunc, that Third Party Defendants shall have until March 21, 2023, to file their response.**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _March 22, 2023_

4