1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JOEL Z. SCHWARZ
2  Nevada Bar No. 9181
   joel.schwarz@lewisbrisbois.com
3  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
4  Telephone: 702.893.3383
5  Facsimile: 702.893.3789
   *Attorneys for Third-Party Defendants*
6  *Stephen D. Hoffman and Lewis Brisbois Bisgaard*
   *& Smith LLP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION - SAGE MEMORIAL HOSPITAL, INC. (doing business as "Sage Memorial Hospital"), an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RAZAGHI DEVELOPMENT COMPANY, LLC, a Nevada limited liability company (doing business as "Razaghi Healthcare"); AHMAD R. RAZAGHI, individually; TAUSIF HASAN; individually, DOES 1-10; ROES A-Z,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS | Case No. 2:19-cv-00329-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS DEFENDANT RDC'S THIRD-PARTY COMPLAINT AGAINST LEWIS BRISBOIS AND STEPHEN D. HOFFMAN**<br><br>**[FIRST REQUEST]** |

Defendant/Counterclaimant/Third-Party Plaintiff RAZAGHI DEVELOPMENT COMPANY, LLC ("RDC") and Third-Party Defendants LEWIS BRISBOIS BISGAARD & SMITH LLP and Stephen D. Hoffman (together, "Lewis Brisbois"), by and through their respective undersigned counsel, hereby stipulate and agree the deadline for Lewis Brisbois to file a reply in support of the Motion to Dismiss Defendant RDC's Third-Party Complaint Against Lewis Brisbois and Stephen D. Hoffman [ECF No. 235] shall be extended from March 24, 2023 to **March 27, 2023**.

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

DATED this 24th day of March 2023.

**FISHER & PHILLIPS LLP**

/s/ *Kris Leonhardt*
Jeffrey Winchester, NV Bar No. 10279
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 862-3868
Fax: (702) 252-7411
jwinchester@fisherphillips.com

Pavneet Singh Uppal, AZ SBN 016805
*(Admitted Pro Hac Vice)*
Kris Leonhardt, AZ SBN 026401
*(Admitted Pro Hac Vice)*
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
puppal@fisherphillips.com
kleonhardt@fisherphillips.com

*Attorneys for Defendant/Counterclaimant/ Third-Party Plaintiff Razaghi Development Company, LLC*

DATED this 24th day of March 2023.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Joel Z. Schwarz*
Joel Z. Schwarz
Nevada Bar No. 9181
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
joel.schwarz@lewisbrisbois.com

*Attorneys for Third-Party Defendants Stephen D. Hoffman and Lewis Brisbois Bisgaard & Smith LLP*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: March 27, 2023